Willie Starr
Varner Unit
P.O. Box 400
Grady, Ark
71644

**FILED**
EASTERN U.S. DISTRICT COURT
DISTRICT ARKANSAS

JAN 15 2020

By: _____ McCORMACK, CLERK

DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
~~EASTERN~~ **FOR THE ~~EASTERN~~ DISTRICT OF ARKANSAS**
Pine Bluff **DIVISION 5**

CASE NO. _4:20-cv-00064-JM-JTK_

Jury Trial: ☑ Yes  ☐ No
(Check One)

I.    Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: _Willie J. Starr_
ADC # _109194_
(vsm)
Address: _Varner Unit P.O. Box 400 Grady, Ark 71644_

Name of plaintiff: _____
ADC # _____

Address: _____
This case assigned to District Judge ~~Moody~~
Name of plaintiff: ___ and to Magistrate Judge ___ Kearney
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.(1)  Name of defendant: _ANP Estella Bland_
Position: _Advance Nurse practitioner Correct Care Solution -ADC_
Place of employment: _ADC- Varner Unit_
Address: _P.O. Box 600 Grady, Arkansas 71644_
(2)  Name of defendant: _Dr. Aaron M. Smith_
Position: _Doctor Correct Care Solution -ADC_

-4-

Place of employment: _Correct/Care Solution - ADC_

Address: _P.O. Box 600 grady, Arkansas 71644_

(3) Name of defendant: _Ms Sondra parker_

Position: _HSA - Health Service Administrator_

Place of employment: _Varner - P.O. Box 600 Correct/care Solution - ADC_

Address: _P.O. Box 600 Grady, Arkansas 71644_

(4) Name of defendant: _Warden's/Gibson /Asst Warden Shipman (1)_

Position: _Warden and Assistant Warden/Major (3) B. Carroll_

Place of employment: _ADC Varner Unit_

Address: _P.O. Box 600 Grady, Arkansas 71644_

II.  Are you suing the defendants in:

*See page*
*-1*
*/2/3*
*For full Names of Defendants*

☐   official capacity only
☐   personal capacity only
☑   both official and personal capacity

III.  Previous lawsuits

A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No _✓_

B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

☐ Court (if federal court, name the district; if state court, name the county):

_____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed?  Was it appealed?
Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition _____

IV.    Place of present confinement: *Varner Super Max  P.O. Box*
*900  Grady; Arkansas  71644*

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion
of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a
prisoner grievance procedure in the Arkansas Department of Correction, and in several county
jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in
this complaint may result in the dismissal without prejudice of all the claims raised in this
complaint.

A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __✓__    No ____

B.    Did you completely exhaust the grievance(s) by appealing to all levels within the
grievance procedure?

– 6 –

Yes ✓    No ____

If not, why? _"But," you Will notice that the (Warden) (Major) did not respond fully by Answering to Grievances Written 8/27/2019 6/10/2019 7/31/2019 6/14/2019_

VII.    Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Defendant # (1) "_ANP Estella Bland," She denied Medical treatment in form of needed referal, pain meds, Shower Chair, Wheel Chair, handicap Cell, (She took) my Medical Special Authorization Stripts Which was given to me because of my Medical problems.: (1) 2 Mattresses (2) lower tier/ lower bunk (3) Back Brace, Knee brace (4) Shoe Stript (OR) Orthopedic appliance Shoe Insoles (5) Cane (All Because of an old) (Grudge against me)._

Defendant # (2) "_Doctor Hason M. Smith" He denied medical treatment in form of fallowing Blands lead, referal needed, pain meds, Shower Chair, Wheel Chair, handicap Cell, pain meds, medical Authorization stripts reNewal: He did this totally on her Word Without any type of Medical Examenation, he also Violated ADC policy 12-09/ policy 10-11/ and Federal American With disabilities act, 8th Amendment to the United States Constitution/ ADA_

Place of Employment - ADC - Varner Unit

(Defendant's)

#3) Sondra Parker - Health Care Service Administrator!

#4) Warden: James Gibson

#5) Deputy Warden: James Shipman (vsm)

#6) Classification Committee Member (vsm)
    Ms. F. Washington

#7) Captain: S. Taylor (vsm)

#8) Major: B. Carroll (vsm)

#9) Nurse: LPN Amy Jones (vsm)

Defendant's Job Address
Varner Unit
P.O. Box 600
Grady Arkansas
                71644

-7/8-1

:CC

At all times, each Defendant acted Under Color of State law.

(7/02)

VII. Statment of Claim

(1) The Defendents herein are Sued in their indivisual and official Conpasities for the Violation of the rights of the plaintiff, Mr. Willie Starr pursuant to the 5th, 8th and 14th Amendment to U.S. Constitution; the Americans With Disabilities act, Arkansas Malpractice law and Corresponding State laws and Constitution.

(2) The plaintiff ask the Court to exercise Supplemental pendent Jurisdiction to hear the State law Negligence Malpractice Claims and Federal Constitutional Claims.

(3) The Defendents herein at all times described Participated directly in the Violation of the rights of the plaintiff through the actions and/or Sequence's of Omission illistrated With full knowledge of harm to plaintiff.

(4) Whereas, prove to Claims detailed herein. At the Tucker Maximum Security Unit, after ANP Bland Made a Wrong Medical diagnose's of plaintiff Condition; He Smelled alcohol on her breath. He, plaintiff reported it to the Warden from fear of the damage ANP Bland could Cause by treating him in her Condition.

(5) Consequently, She Was Sent home by Warden D. White!!

(6) At times during the Current Claims illistrated here after, it is the belief of plaintiff that Estalla Bland is acting Out of Retaliation When She Vindictively began taking away his "Medically Restrictive Special Authorization Strips," given him by other Doctor's and Surgeon. Then She began once again to denie plaintiff Medical treatment!

(7) Whereas the First Claim arise's On 05/21/2019, I

took a fall in a Cell; After I put in Sick Call request only to be ignored by the Medical Staff. I put in Sick Call Ship on 5/21/2019 – ignored, 5/26/2019 – Was Seen by Nurse Lpn Jones who gave me aSprins. I Continued to hurt So I put in Sick Call on 6/2/2019, never

* Seen by Medical, put in another Sick Call On 6/14/2019, never Called.

Nurses → I took another fall, put in another Sick Call and Was Seen by a ADON – Ms Austin and Lpn Jones, who Called ANP Ms Bland who Stated to Ms. Jones over the phone that She would not See me. That Was the third time She had refused to See me, denied me Medical treatment due to an old grug against me. because Warden David White Band her allay from the Tucker Max Unit, (Sec) Exhibit J, Griev # vsm 19-01677

(8) The Second Claim arises On June, 10-2019; ANP Ms Bland refused to examen the plaintiff, She refused prescription of any type of pain meds for plaintiff and would not reorder Hemorrhoidal Ointment, (See Exhibit G) Grievance # vsm 19-01579!

(9) The plaintiff (who Suffers from degenerative disk disease) and has had to Undergo three Surgeries resulting in the placement of Rods/pins/and Screws in his Spinal Cord. The plaintiff is also a Diebetic and has High Blood pressure and real Bad Diebetic Nerve pain in both feet...

(10) ANP Bland refuse to physically Examen the plaintiff even after hearing of the problems, She Ignored plaintiff's Obvious injury, pain and disConfort. She Said She Would Send him the hemorrhoidal Ointment and Sent him allay, but did not Send the Ointment eighter. (See) Exhibit – H; Grievance # vsm 19-01605

(11) BeCause the plaintiff Couldnt Walk at all by this time, the escorting officers had to go get an restrant Chair to Carry him back to his Cell. However, in a Show of total disregard for the plaintiff's Medical need ANP Bland left Sick Call Room and Went home:

-7/two

(12) "Notice", Grievance's #(Vsm) 19-01605 to Warden's of the Varner Unit Where plaintiff tried to get help from the Warden to no avail. Also Notice Grievance Written On 06/14/2019.

Exhibit I

(●) to Chief of Security "Major Straughn and Major Carroll," trying to get help to get a Shower Chair So that plaintiff Could take a Shower because by Now he Can no longer Stand up to Shower. (No Response) They Sent Grievance to Medical; No help!

(13) But also to no avail, they Say its up to the provider to Say if I Can get a "Shower Chair" or not. I Was promised to be Scheduled for a Chair evaluation, (it never happened).

(14) Subsequently On 06/18/2019, plaintiff Failed to Stand up at diabetic Call at 2:30 am. (See) Grievance #Vsm 19-01677 Where Anp Bland Once again Sent me away Without any Type of a Medical treatment: (See) Grievance #vsm 19-01769 Exhibit-K

Exhibit-J

(15) By this time plaintiff realized he Needed help, So With hope fading I Write up the "HSA," Ms. Sondra parker for letting Anp Bland Violate My Right to Medical treatment. Nothing I did Would Convince her to give me any Medical treatment. By Now I Can't Walk at all, I Cant even Stand!

(16) I informed the Warden's, Major's, Capt's, the Administrator over health and explained My injuries and advised them that I Could no longer Stand on my feets; I had to drag My Self around inside of the Cell to get my food tray, my Medication. I Could not get up on the toilet Seat, I ended up Useing the bath Room On My Self, there Was No handicapped bars in the Cell. Still No One Would Come to investigate for Months, I had to build a Slide Steps to reach toilet Seat out of My paperWork, Books and my Laundry bags ...
(See) EXhibit -L, Grievance # Vsm 19-01785

-7-

Three / one

(16) Exhibit -N, (Grievance # vsm 19-01925) Went to step two On the Original Sheet of Grievance On 07/18/2019, never heard anything. Go to Exhibit E-13 Where I Sent the Head Care Administrator, Ms parker a (Request for-InterView) letting her know of My ConCern's for Ms bland Study Changing My Insulin dosage. She Say My dosage has Not been Changed, but My Nurse's -Ms King in the day time along With Nurses Williams day time and Nurse Johnson at night time all Says that its in the Computer that Ms bland raised My Insulin From a (30mg in the day time to 45mg) And at Night (or) rather at 2:30 Am Morning In Sulin Call Changed from 35mg to 60mg.... It Seem to me that as Sick as I Was, She Was trying to Send Me into a Diebetic Coma. Also there Was a Co-pay Charge On 11/07/2019, and I didnt put in a Sick Call Request, Ms. Bland Called me out of the blue and did Nothing for me, Except ask me Could I Walk yet. I Said No and She told the Officers O.K. take him back to the Cell!

Notice, also that I Was given the Same Grievance # for two of My Grievance's Written On 7/16/19 Step two On 7/18/2019, about InSulin Change: And the Other One Written 7/17/2019 and Step two On 7/19/2019 Same (Griv # (vsm) 19-01925) The One Written On 7-17-19, got an Negative responce Just as Most of My Complaints got.

(17) plaintiff, had done everything he could think of to do by this time; I could not shower because I had not gotten a <u>Shower Chair</u>. plaintiff also needed a <u>Wheel Chair</u> to get around inside of cell, but the Medical Staff refused me eighter. They even stop responding!

(18) I got no help from anyone, all my Grievance's where answered with Negative responce's, that amounted to in action / no action: I wrote Request to all of the defendent's trying to get help from them, any kind of assistence in my situation, to no avail, they made no effort to intervene. (See) Most of my Grievance's talked of a Shower Chair!

(19) The plaintiff was thereby subjected to the Denial of <u>Shower</u> and <u>the ability to get around inside of cell except by walking on hands and Elbows, dragging the bottom half of his body</u>. Not being able to Stand (or) Walk. plaintiff was denied <u>the use of telephone Calls</u> <u>yard Call</u> and <u>Visit's</u>. My Daughter's was turned around for no reason other then they didn't want them to see me in such bad Shape!

(20) plaintiff has "<u>Slept on floor</u>" for months because of water leak that wet up his bed each time Inmate above him took a Shower. "<u>To this very day</u>" plaintiff <u>has not had a Shower himself Sence · 05/24/2019</u>!
There is no built in Shower Chair in these cells, And as you will see by my many Grievances, that Medical would not give me a <u>Shower Chair</u> (or) Wheel chair for Mobility ...
Also (See) Grievances # <u>Vsm 19-01925</u>; Exhibit (O — O-4)

-7-

four

(21) plaintiff has not had a Shower from (05-24-2019) thats about the time plaintiff lost the ability to Stand up and Walk. Today is December 23th, Which Makes it "213 days" Without a Shower and still Counting, (Seven Months) and Still No Shower (OR) Real Medical Treatment...

(22) Still the plaintiff Write Grievances and Request for interView and put in Sick Call request, Begging (Literally) EveryOne for help. No help!

(23) However the Defendants Anp Estella Bland and Dr. Aaron M. Smith refuses to honor plaintiff request that he be allowed (X-Rays) on his Knees and left hip Which he has repeatedly injured in Falls With a Walker that does you no good if you "Can Not" Stand (OR) Walk.....

(24) Its apparently Clear that Dr. Aaron Smith Was Convinced by Anp Estella Bland on his arrival to this Unit, that plaintiff Was Faking an injury. Because Dr. Smith never actually Examen the plaintiff, yet he and the Anp Ms Bland refused him a Wheel Chair/Shower Chair, and the right to see the Specialist; Who done his Back Surgeries; the Surgeon Should have been able to Fix the hole in My Spinal Cord, if they Would only Contact him:

(29) The One X-Ray done on plaintiff Showed that he had a Spinal Fracture; But Dr. Aaron Smith told plaintiff that the X-Ray Showed nothing Wrong. When E. Bland and Dr. A. Smith left the Unit For a Week (OR) two They Where replaced by a Doctor William P. Scott:

-7-
Five

(See) Exhibit W-1

(25) When plaintiff found out about <u>Dr. William p. Scott</u>, Who came from Cummins Unit, he place Another Sick Call in to See this doctor. When plaintiff Saw <u>Dr. W.p. Scott</u> on 10-25-2019, Doctor Scott told plaintiff What Was in his Medical Files On the Computer and that Was that he had a "<u>Spinal Fracture</u>", Dr. Scott also addressed his Diabetic Nerve Pain. He Changed the doSage from <u>300mg</u> to <u>600mg</u> and he also Seen reason to give plaintiff <u>a Wheel Chair</u> to get him off the floor, off his hands and Elbows, Sliding On the floor dragging the bottom half of his body! He Was Supose to address the Other problems plaintiff had, (but) Anp Estella Bland ad Dr. Aaron Smith came back before he Could See the plaintiff again.

(26) The Defendent's refuse's plaintiff anything, They re-"fuse's him," <u>Medical treatment</u>; <u>Shower Chair</u>; <u>adequate-"pain Medication</u>; <u>Back Brace</u>; <u>Wheel Chair</u>; <u>Specialist-ConSult</u>; and <u>failed to advise Staff members to Accom-Modate his disabled Condition in Any Way at all</u>...

(27) The defendant Estella Bland Went further to Actually refuse to See the plaintiff on the day his back Went Out even after being informed of his Situation by Nurse Amy Jones Lpn. <u>And refuses to See plaintiff even Now</u>, after She returned to the Unit from her Week (or) So off for Vacation I am told...

"Exhibit P"

(28) Notice Grievance #VSM 19-02052, plaintiff beggs to be allowed to see an off Site provider because both Ms. bland and Dr. Mason Smith refused him Medical treatment. Mr. Smith brung him a old bent up Walker the kind you push on two wheels: I told him I Couldn't Use it because I Couldn't Stand up, they Wouldn't take my Words Serious and Walked out of the Cell. This is the time I fail So many times I Knocked my left hip Out of place and Still Mr Smith, Nor Ms. Bland Would examen me!

(29) On 07/31/2019 I Wrote Grievance against Medical Discrimination against My Disability. The AD 12-09 Act 98 of 2611 Clearly States; facilities Shall Comply With hani Capped Accessibility Standard developed by Arkansas Building Authority. (See) Griev #(Vsm) 19-02051; the Health Care Administrator Ignored it. Still Would not give me Wheel Chairs/etc!

(30) Wrote Head Administration of Unit / Warden / Classification. They Discriminated against my Disability, they put me in a Cell that Was not Handicapped Accessible. I Still Could not in any Way take a Shower, get on the Comode. The Administration and Classification Ignored my request and my Grievance's: They Wouldnt even take me to Classification On the days that I Was Surpose to go up to See the Committee. (See) Grievance #(VSM)- 19-02070, Written On 07/31/2019. Exhibit-R

(31) I Grievance about my Health and Safety, Cell Not being Hani Capped Accessible. I am Still denied Medical treat- Ment (or) Medical equipment Needed -WheelChair and Shower Chair! Still I had No Safety Rails to help me get On Comode; I Still Could not Shower and I Was Study hurting My Self getting On and off Comode and trying to Clean My Self up in a Sink thats Over my head to reach:

-7-
Seven          Exhibit-S

(32) Grieved On 08/27/19 to Warden's & Major's about being denied medical attention and being Charged medical CO-pay but Still giving me No medical attention, No examination's. Everyone in this lawsuit Was/is Well aWhere of My Condition, Ive begged them all for help to No avial. I have dragged My Self around in this Cell for over (5) and half Months begging any and everyone for help to get medical treatment, "Shower" Care, Wheel Chair, (See) Griev #(VSM) 19-02283 "Notice" the Communication Date, they Never re Sponded further.   Exhibit - T

(33) Grievance #(VSM) 19-02377 - Medical Negligences, Denied Medical treatment and Disclimination to medical needs and equipment. Written On 09/09/2019. Exhibit U, the Communication Date 01/07/2020 (See) Exhibit U-3

(34) Maintenance problem Still Not Fixed in my Cell, I have a Water leak that Wets up my bed covers and table top, and to the Floor. Its been Sence June 28th, It Will be (7) month Soon and its Still Not Fixed. (See) Exhibit X and X-1

(35) Cell Temperture, Need the Heat On! (See) Exhibit Y and (Y-1)

-7-
Eight

36) All Defendants herein are guilty of Deliberate in-difference to the Serious Medical Need of plaintiff and Wantonly and intentionly infliction of pain. They denied him the proper pain Medication, 8ᵗʰ Amendment to the ConStitution Violations.

37) Medical Staff Defendants Names herein Were and are guilty of Medical Malpractice Under Arkansas law.

38) All Defendants Named herein Violated Stipulation of Americans With Disabilities Act, (Federal law) and Corresponding State polices groverning treatment of the Disabled.

39) Whereby, due to afore Mentioned Extream Cruelty, plaintiff herein humbly prays the Court grants Relief Requested.

I declare Under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and Correct to the best of My Knowledge, UnderStanding and belief.

Executed on this ___9ᵗʰ___ day of ___January___, 20 20.

Willie Starr
ADC # 109194

Willie L Starr
Signature(s) of plaintiff(s)

-7-
nine



VIII.   Relief      "Also" deliberate indifference - Violation of the Eighth
                    Amendment of the Constitution:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite
no cases or statutes.                money Damages!

Estella①
Bland   Compensatory damages and punitive damages.

②   Preliminary and permanent injunction.

③   Declaration,

                    See Relief Section Attached.
                    page (-8-) and (-8-)
                         (1 of 2)    (2 of 2)

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this   9th   day of   January   , 20 20 .

                    Willie J. Starr
                    Willie J starr
                    ADC # 109194
                    Signature(s) of plaintiff(s)

                    -8-
                    plus
                    (1 and 2) Relief pages

# Relief

## *prayer For Relief*

Wherefore, plaintiff respectfully prays that the Court Enter Judgement granting plaintiff:

1). A Declaration that the acts and Omissions described herein Violated plaintiff Willie Starr rights Under the Constitution and law of the United States.

2). A preliminary and permanent injunction Ordering all defendants herein, to obey the preliminary Injunction.

med 3). Compensatory damages in the Amount of $60000.00 (Sixty Thousand dollars) Damages from Medical, Correct Care Solutions defendants Jointly and Severally.

med 4). plaintiff Request $100.000.00 (One Hondred Thousand Dollars) in punitive Damages from Correct Care Solution Defendants.

ADC 5). plaintiff Request 60.000.00 (Sixty Thousand dollars for punitive Damages from ADC Defendants Jointly and Severally.

ADC 6) plaintiff Request $60.000.00 (Sixty Thousand Dollars) in Compensatory damages from ADC defendants Jointly and Severally.

7). Total Damages $280,000.00 (Two Hundred Eighty and Thousand Dollars).

8). A Jury trial on all issues triable by Jury.

-8-
(1 of 2)

Relief

9). All defendants Share in Cost of this law Suit.

10). Any additional relief the Court deems Just, proper, and equitable.

11). plaintiff Request Declaratory Judgement in the form of a Declaration that Actions of Defendants Alleged herein Violates the 8th Amendment of U.S. Constitutions, Rights to be Free from Cruel and UnUsual punishment.

Respectfully Submitted,

Willie J Starr
ADC #109194

Willie J. Starr
ADC #109194
Varner Unit (VSM)
P.O. Box 400
Grady, Arkansas
71644

I declare Under penalty of perjury (18 U.S.C and 1621) that the foregoing is true and Correct.

Executed On this __9th__ day of __January__, 20 __20__.

*Exhibit "A"*

*ARKANSAS DEPARTMENT OF CORRECTION*

## Medical Restrictions/Limitations/Special Authorization(s)     MSF-207

| PART 1 - RESTRICTIONS: | RESTRICT INMATE FROM: |
|---|---|
| | ☐ Restrict from assignment requiring strenuous physical activity in excess of  hours per day. Allow 10 minute break after each hour. |
| | ☐ Restrict from assignment requiring prolonged crawling, stooping, running, jumping, walking, or standing, in excess of  hours per day. Allow 10 minute break after each hour. |
| | ☐ Restrict from assignment requiring lifting of heavy materials in excess of  lbs; and/or overhead work in excess of  hours per day. Allow 10 minute break after each hour. |

| PART 2 - LIMITATIONS: | INMATE REQUIRES: |
|---|---|
| * | ☐ Bed Rest    days. Reason: |
| | ☐ No Duty    days. Reason: |
| | ☐ No Yard Call    days. Reason: |
| | ☐ No Sports    days. Reason: |
| | ☐ One Arm/Hand Duty    days. |

| PART 3 - AUTHORIZATIONS: | INMATE IS AUTHORIZED TO: |
|---|---|
| | ☐ Report to the Infirmary for Special Treatments( ) |
| | ☐ Soak: |
| | ☐ Exercise: |
| | ☑ Other: lower tier/lower bunk |
| | ☐ Bathe in the Infirmary |
| | ☐ Sitz Bath |
| | ☐ Cast |
| | ☑ Other: xtra bankets(2) xtr pillow(2)xtra matresses |
| | ☑ Have in Possession: |
| | ☑ Cane |
| | ☐ Crutches |
| | ☑ Brace: (describe briefly)   Back, Knee |
| | ☑ Prescribed Footwear:   sz. 12 medical shoes/boots |
| | ☑ Orthopedic Appliance: (describe briefly)   sz 12 insoles |
| | ☑ Other: double cuff per ADC policy |
| * | ☐ Go to Dining/Pill Window/Shower Only |

This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Starts:  03/02/2016   04:58:00 PM
This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Ends:   03/02/2017   04:58:00 PM

**Name:** Starr, Willie J.
**DOB:** 05/26/1966
**ADC#:** 109194

Christal Haskins Walker

Distribution: Original - Medical Jacket

Starr (1)

*"Exhibit A-1"*

ARKANSAS DEPARTMENT OF CORRECTION
## Medical Restrictions/Limitations/Special Authorization(s)          MSF-207

| PART 1 – RESTRICTIONS: | **RESTRICT INMATE FROM:** |
|---|---|
| | ☐ Restrict from assignment requiring strenuous physical activity in excess of hours per day. Allow 10 minute break after each hour. |
| | ☐ Restrict from assignment requiring prolonged crawling, stooping, running, jumping, walking, or standing, in excess of hours per day. Allow 10 minute break after each hour. |
| | ☐ Restrict from assignment requiring lifting of heavy materials in excess of lbs; and/or overhead work in excess of hours per day. Allow 10 minute break after each hour. |
| **PART 2 – LIMITATIONS:** | **INMATE REQUIRES:** |
| * | ☐ Bed Rest     days. Reason: |
| | ☐ No Duty     days. Reason: |
| | ☐ No Yard Call     days. Reason: |
| | ☐ No Sports     days. Reason: |
| | ☐ One Arm/Hand Duty     days. |
| **PART 3 – AUTHORIZATIONS:** | **INMATE IS AUTHORIZED TO:** |
| | ☐ Report to the Infirmary for Special Treatments( ) |
| | ☐ Soak: |
| | ☐ Exercise: |
| | ☐ Other: |
| | ☐ Bathe in the Infirmary |
| | ☐ Sitz Bath |
| | ☐ Cast |
| | ☐ Other: |
| | ☐ Have in Possession: |
| | ☐ Cane |
| | ☐ Crutches |
| | ☐ Brace: (describe briefly) |
| | ☐ Prescribed Footwear: |
| | ☐ Orthopedic Appliance: (describe briefly) |
| | ☑ Other: BACK BRACE |
| | * ☐ Go to Dining/Pill Window/Shower Only |

This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Starts:   03/29/2017    03:49:00 PM
This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Ends:   04/29/2017    03:49:00 PM

*Amanda L. Gray*

**Name:** Starr, Willie J.
**DOB:** 05/26/1966
**ADC#:** 109194

Amanda L Gray

Distribution: Original - Medical Jacket



*Exhibit A-2"*

ARKANSAS DEPARTMENT OF CORRECTION
## Medical Restrictions/Limitations/Special Authorization(s)    MSF-207

| PART 1 - RESTRICTIONS: | RESTRICT INMATE FROM: |
|---|---|
| | ☐  Restrict from assignment requiring strenuous physical activity in excess of  hours per day. Allow 10 minute break after each hour. |
| | ☐  Restrict from assignment requiring prolonged crawling, stooping, running, jumping, walking, or standing, in excess of  hours per day. Allow 10 minute break after each hour. |
| | ☐  Restrict from assignment requiring lifting of heavy materials in excess of  lbs; and/or overhead work in excess of  hours per day. Allow 10 minute break after each hour. |
| **PART 2 - LIMITATIONS:** | **INMATE REQUIRES:** |
| * | ☐ Bed Rest    days. Reason: |
| | ☐ No Duty    days. Reason: |
| | ☐ No Yard Call    days. Reason: |
| | ☐ No Sports    days. Reason: |
| | ☐ One Arm/Hand Duty    days. |
| **PART 3 - AUTHORIZATIONS:** | **INMATE IS AUTHORIZED TO:** |
| | ☐ Report to the Infirmary for Special Treatments(  ) |
| |    ☐ Soak: |
| |    ☐ Exercise: |
| |    ☑ Other: lower tier/ lower bunk |
| | ☐ Bathe in the Infirmary |
| |    ☐ Sitz Bath |
| |    ☐ Cast |
| |    ☑ Other: xtra blankets(2) xtr pillow(2) xtra materess |
| | ☐ Have in Possession: |
| |    ☑ Cane |
| |    ☐ Crutches |
| |    ☑ Brace: (describe briefly)   wrist,knee,back |
| |    ☑ Prescribed Footwear:   sz. 12 medical shoes/boots |
| |    ☑ Orthopedic Appliance: (describe briefly)   sz 12 insoles |
| |    ☑ Other: double cuff per ADC ploicy |
| * | ☐ Go to Dining/Pill Window/Shower Only |

This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Starts:   04/06/2015    02:37:00 PM
This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Ends:   04/04/2016    02:37:00 PM

**Name:** Starr, Willie J.
**DOB:** 05/26/1966
**ADC#:** 109194

Dianna L Locklear

Distribution: Original - Medical Jacket

"*Exhibit -B*"

**ADC HEALTH SERVICE REQUEST FORM**

MSF-202C    revised 2013

| Name (Last, First, MI): Starr Willie J. | ADC #: 109194 | Date of birth: 5-26-66 | Barracks: ISO-1 Cell-8 | Date of Request 05/17/2019 |
|---|---|---|---|---|

Job Assignment:

Description of the problem: Need pain meds ReNewed / Muscle Relaxer's Aspirins I am having a lot More pain in hands and feet Sence Meds Ran Out...

I consent to be treated for the above problem. I understand that in accordance with the Department of Correction's policy, i will be charged for healthcare services through deductions of applicable co-payment charges from my resident account, and that if i have insufficient funds to cover the charge, the amount of the co-pay will be set up as an outstanding debt

INMATE'S SIGNATURE: Willie J Starr     DATE: 05/17/2019

**************************************************************************

**FOR MEDICAL USE ONLY**

FACILITY NAME: VSM

PRIORITY 1: See within 24 hours- emergent need ☐        PRIORITY 3: See within 72 hours- routine request ☐

PRIORITY 2: See within 48 hours- urgent need ☐        PRIORITY 4: Face-to-face visit not needed; respond to request in writing ☐

DATE TRIAGED: 5-18-19     TRIAGED BY: (NAME) P. Chenault     (TITLE) LPN

**If the EHR is unavailable, enter nursing sick call notes in this area:**

| Vital Signs: BP | Pulse | Temp | Resp | Wt |
|---|---|---|---|---|

Protocol Used:

Subjective: It is too soon to refill pain meds

Objective:

Plan: (Never refilled) ws

Education:

Refer to: [ ] Physician        [ ] Mid-level        [ ]Mental Health        [ ] Dental        [ ] Other (List):

Medical Staff Name:

| Medical Staff Signature: | Title | Date/time: | Unit |
|---|---|---|---|

| Inmate Name: | ADC #: | Date of Birth: |
|---|---|---|

(VSM) Exhibit B-1

If your medication is not available please complete this form and drop in sick call box. (There is no charge for using this form)

To: **DON/ADON**

From: Inmate Name _Willie Starr_ ADC# _109194_ Bks. _ISO1_ (cell# 8)

Date: _05/28/2019_

Re: Medication not available

_Muscle Relaxers_ (1) _Asprins_ (2)

Please list all medications that are not available.

(1) _Baclofen - Muscle Relaxers_

(2) _Asprins (These two pain meds has expired and I need them renewed to help with pain)_

| | The section below is to be completed by infirmary staff. Check appropriate box(es) |
|---|---|
| ☐ | Your medication is available for you to pick up at the pill window. |
| ☐ | Your medication has expired and you will be referred to the MD/ANP. |
| ☐ | A verbal order was obtained to restart your medication. |
| ☐ | Your medication is available and will be delivered to you. |
| ☐ | You received your medication on _____, and it is too early for it to be reordered. |
| ☐ | This form is not a sick call request. You must submit a sick call request in order to be seen by medical staff. |
| ☐ | Other: _You have been referred to the provider — Abbelarde_ |

To: Inmate Name _____ ADC# _____ Bks. _____

From: Infirmary Staff's Signature _____

Date: _____

_Meds - Not - Renewed_
WS

1

*Exhibit B-2*

If your medication is not available please complete this form and drop in sick call box. (There is no charge for using this form)

**To:** DON/ADON

**From:** Inmate Name _Willie J Starr_ ADC# _109194_ Bks. _Iso-1/#8 Cell_

**Date:** _06/04/2019_

**Re:** Medication not available

_Hemorrhoidal Ointment,_

Please list all medications that are not available.

_This Medication do not Expire, it does not DC (08/07/2019.) (Until) Which Means I have ② two More refills before I have to See the provider, "please," reorder this Hemorrhoidal Ointment!!_

| | The section below is to be completed by medical staff.  Check appropriate box(s) |
|---|---|
| ☐ | Your medication is available for you to pick up at the pill window. |
| ☐ | Your medication has expired and you will be referred to the MD/ANP. |
| ☐ | A verbal order was obtained to restart your medication. |
| ☐ | Your medication is available and will be delivered to you. |
| ☐ | You received your medication on _____, and it is too early for it to be reordered. |
| ☐ | This form is not a sick call request. You must submit a sick call request in order to be seen by medical staff. |
| ☐ | Other: _You have no more refills, You will need to utilize Your Sick Call process, med expires on 6-7-19_ |

**To:** Inmate Name _____ ADC# _____ Bks. _____

**From:** Infirmary Staff's Signature _Ammy Jones_

**Date:** _____

_I Went through Sick Call and She Still did not ReNew Ointment!! ws_

1

*To the Health Care Administrator!*   *Exhibit C-*
*(1 of 2)   To. Infirmary Manager!*   *(Medical)*
*Request for Interview* **Inmate Request Form**

This form is to be used by inmates to contact staff concerning issues they may have. You should allow five (5) working days to receive a
response to your request.  This is the Varner/Varner Supermax's in-house form

| Name: Willie Starr | ADC#: 109194 | Barracks: Iso-1 / Cell 8 | Date: 6/20/2019 |

| Staff Directed to: Health Care Administrator | Office: The Health Administrator |

My Request is directed to the following area: (Check one)

- ☐ Chaplain
- ☐ Food Service
- ☐ Mailroom
- ☐ Property
- ☐ School

- ☐ Classification
- ☐ Hobby Craft
- (Medical)
- ☐ Records
- ☐ Visitation

- ☐ Commissary
- ☐ Laundry
- ☐ Mental Health
- ☐ SATP
- ☐ Warden

- ☐ Deputy Warden
- ☐ Library/Law
- ☐ Parole
- ☐ Security
- ☐ _____ Other

Give a detailed reason for your request: On: 05-21-2019, I took a fall in the cell with (Mario Nelson) I pu
in a sick call request and was ignored until 5-26-19, when my back begin hurting again, I wa
seen on 5/29/19 LpN Nurse Gant me aspirine. I continue to hurt so I put in sick call 6/8/19 was neve
called. Put in another sick call on 6/14/19 not called; put in another after I took that (3rd) fall
and couldn't feel nothing in my lower part of my body. I was seen by LpN Jones and the HDA
Ms. Austin. At this time Ms Bland was informed that I need to see the provider- she stated the
she would not see me. That was the third time she has denied me medical treatment. She is
Violating my Eighth Amendment Right to Medical Health Care, due to an old grug she has against me.

Have you spoke to any staff about your request?  If Yes, whom did you speak with and when? Yes. To officers whom carried me
to sick calls and the one Doctor call where I was ignored by Ms Bland and
was not given any medical treatment...

Inmate signature   *Willie J Starr*   Date 6/20/19

| Staff Responding: | Date: |

Response:

*ReSponce On Other Sheet page (2) one*

I am referring this to: _____

Cc: _____

_____
Staff Member Signature   Date

Inmate File

(1) of (2)
(My Copy)

:CC

*Exhibit-C*

*To. Health Care Administrator!*

*(1 of 2)*
*Request for Interveiw*

*To. Infirmary Manager.* *(Medical)*

## Inmate Request Form

This form is to be used by imates to contact staf concerning issues they may have You should allow five(5) working days to receivea response to your request this is the Varner/Varner Supermax's in-house form.

| Name: Willie Starr | ADC# 109194 | Barracks: ISO-1/ cell 8 | Date: 6/20/2019 |

| Staff Directed to: Health Care Administrator | Office: The Health Administrator |

My Request is directed to the following area: (Check one)

- ☐ Chaplain
- ☐ Classification
- ☐ Commissary
- ☐ Deputy Warden
- ☐ Food Service
- ☐ Hobby Craft
- ☐ Laundry
- ☐ Library/Law
- ☐ Mailroom
- ☑ Medical (circled)
- ☐ Mental Health
- ☐ Parole
- ☐ Property
- ☐ Records
- ☐ SATP
- ☐ Security
- ☐ School
- ☐ Visitation
- ☐ Warden
- _____ Other (Witness (M. Nelson

Give a detailed reason for your request On 5/21/19, I took a fall which messed up my back *Put in Sick call was ignored. On 5-26-19 when my back begin hurting again; I was seen On 5/29/19 by N Jones who gave me Asprine. I continue to hurt so I put in Sick call 6-2-19 was not seen put in another Sick n 6/14/19, Not Called. After I took that third fall and couldn't feel nothing below my waist line, I was see y APN Jones and the ADW ms Austin. At this visit, Ms Bland was Called and informed that she needed to se ne, my Knee (leg and foot) was all swollen up. She stated that she had already seen me on the 10th and Would n e Seeing me Any more. Now that was her third time denieg me Medical treatment, She is being allowed

Have you spoke to any staff about your request? If yes, whom did you speak with and when? Violate my Eighth Amendment Rig 0 Medical Health Care because of an old grug she has against me. (See Griv# VSM 18-01605 a VSM 19-01579 an

Inmate Signature *Willie Starr* 6/20/19 Date Other

| Staff Responding: | Date: |

Response: You were seen in Sick call on 5/30, 6/4 + 6/18. You were seen by a provider on 6/10 + 6/21. There is no medical indication for treatment. No indication for face to face visit.

I am referring this to: _____

Cc: _____

Staff Member Signature 6/25/19 Date

Inmate File

*(1) of (2)*

To Health Care Administrator! Exhibit C-2

(2 of 2) To Infirmary Manager!
Request for Interview

(Medical)

## Inmate Request Form

This form is to be used by inmates to contact staff concerning issues they may have. You should allow five (5) working Days to receive a response to your request. This is the Varner/Varner Supermax's in-house form.

| Name: Willie Stowe | ADC#: 109194 | Barracks: 730-1 / Cell 8 | Date: 6/20/2019 |

| Staff Directed to: Health Care Administrator | Office: H. Care Administrator |

My Request is directed to the following area: (Check one)

- ☐ Chaplain
- ☐ Classification
- ☐ Commissary
- ☐ Deputy Warden
- ☐ Foodservice
- ☐ Hobby Craft
- ☐ Laundry
- ☐ Library/Law
- ☐ Mailroom
- ☐ (Medical)
- ☐ Mental Health
- ☐ Parole
- ☐ Property
- ☐ Records
- ☐ SATP
- ☐ Security
- ☐ School
- ☐ Visitation
- ☐ Warden
- ☐ _____ Other

Give a detailed reason for your request: My left leg is busted up inside, I cant walk @ stand on it, I pray that you'll would not let Bland continue this Cruel and Unusual punishment. She cannot be allowed to continue this Maliciously and Sadistically behavor towards me to cause me harm. My Back injury has Caused my legs not to work, I cant do dayly things. I have not had a shower in (11) days due to fact She wont give me a med shower chair. Remember I cant stand, neighter of my legs work to hold up my Bac

Have you spoke to any staff about your request? If Yes, whom did you speak with and when? I spoke to a number of the Weight Officer's whom took me to Sick Calls and the One Doctor call that I was allowed to go to. But was Ignored and not given any medical treatment...

Inmate Signature  Willie F Stowe   Date 6/20/19

| Staff Responding: | Date: |

Response: No Responce!

I am referring this to: _____

Cc: _____

Staff Member Signature   Date

Inmate File

(2) of (2)
(my Copy)

:CC

(one) I wrote (4) Request for Interview to Ms. F. Washington on 06/28/2019. The (First one) was asking her and the Classification Committee to ~~Inmate Request Form~~ send me to a handicapped Unit until I had received the proper Medical treatment.

**Exhibit C-3**

This form is to be used by inmates to contact staff concerning issues they may have. You should allow five (5) working days to recieve a response to your request. This is the Varner/Varner Supermax's in-house form

| Name: Willie Starr | ADC#: 109194 | Barracks: 1 - 20 Cell | Date: 06-28-2019 |

(Second one) was letting them know that I had not had a Shower in like (38)

Staff Directed to: _____ Office: _____

days old I Needed a Shower Chair and a Wheel Chair because I had lost the use of Both my legs, due to the fall I had took on 05/21/2019.

My Request is directed to the following area: (Check one)
☐ Chaplain  ☑ Classification  ☐ Commissary  ☐ Deputy Warden
☐ Food Service  ☐ Hobby Craft  ☐ Laundry  ☐ Library/Law
☐ Mailroom  ☐ Medical  ☐ Mental Health  ☐ Parole
☐ Property  ☐ Records  ☐ SATP  ☐ Security
☐ School  ☐ Visitation  ☐ Warden  ☐ Other

3) (Third one) was Just plan Begging them to have Murcey on me and to look into my problem and help me figuer out what to do about gettin the Media help that I needed.

Give a detailed reason for your request: (fourth one) Was begging them to Make Medical give Me the proper treatment I Needed (OR) Send me to a Unit Where I Could recieve that treatment.

I written to the Director - Wendy Kelley about my Health problem's and my D's problem

Have you spoke to any staff about your request? If Yes, whom did you speak with and when?

I spoke to (Mental Health) dayly! I spoke to Sgt. Butler in the hole, I spoke to Lt. Washington while on hunger strick. Willie Starr

I spoke to Many officers who say they could do Nothing to help.  06/28/2019

Inmate signature    Date

| Staff Responding: | Date: |

Response:

No Responce

I am referring this to: _____

Cc: _____

_____    _____

Staff Member Signature    Date

Inmate File

**CC** Copy's of the things in part that was said in the (4) Request for Interviews to Ms. F. Washington and the Classification Committee, Also the one's written to the Director = Ms. Wendy Kelley

*Page (1) of (2)*
*Request for Interview (Second Set)*

*To. Health Care Administrator*
*To. Infirmary Manager.*

*Medical*
*Exhibit C-4*

## Inmate Request Form

This form is to be used by inmates to contact staff concerning issues they may have. You should allow five working days to receive a response to your request this is the Varner/Varner Supermax's in-house form.

| Name: Willie Starr | ADC# 109194 | Barracks: 1/Cell 20 | Date: 07/07/2019 |
|---|---|---|---|

Staff Directed to: **Ms. Parker.**   Office: **Health Care Administrator**

My Request is directed to the following area: (Check one)

☐ Chaplain   ☐ Classification   ☐ Commissary   ☐ Deputy Warden
☐ Food Service   ☐ Hobby Craft   ☐ Laundry   ☐ Library/Law
☐ Mailroom   ☒ Medical   ☐ Mental Health   ☐ Parole
☐ Property   ☐ Records   ☐ SATP   ☐ Security
☐ School   ☐ Visitation   ☐ Warden   Other

*I am in So much pain it's become a part of me*

Give a detailed reason for your request: *I Needs to know What is protocal here at this Unit, It has always been my Under Standing; that When an Inmate is injured and there is this much swelling, there should be Some X-Rays taken. I have been Stady swelling Sence 06-18-19 When I had my fourth fall, it was apparent to me then that I had lost all Control of my leg on that I Could not anylonger stand on my own. I Saw Ms parker on 06-21-19 Mr. Smith promised me X-Rays on my Back, leg on my Knee, and I got nothing done and I got Nothing for the pain. A Week Went by and I saw Mr Smith again on 06-28-19, He looked at my leg and promise again X-Rays Again Nothing !! I have been*

Have you spoke to any staff about your request? If yes, whom did you speak with and when? *in Stright pain for (50) days; Ive been promised X-Rays for the past (18) days; the nurse's has told me that the X-Ray Man has Shown up the past two Wednesdays) and left before 12:00 noon; Why Was I not on his list 2-Weeks in a Row ?? Is it not important to youll if I lose the Use of my Body?*

Inmate Signature: *Willie starr*   Date: *07-07-19*

| Staff Responding: | Date: |
|---|---|

Response: *You were seen by Dr. Smith on 6/21/19 & 6/28/19 regarding this issue. You were not ordered X-rays on either visit. Providers are authorized to order what they medically deem necessary. Please utilize the sick call process.*

I am referring this to: _____

Cc: _____

Staff Member Signature: *[signature]*   Date: *7/9/19*

Inmate File

*No X-Ray !*

*(1) No 4/S*
*:CC*

*Exhibit D*

SUBJECT: Diagnostic Services No. 515.00                    PAGE **4 of 4**

## Medical Department Notification of Diagnostic Test Results

Inmate Name *Starr, Willie*

ADC Number *109194  CB/120*

This is to inform you that we have received the results of the following diagnostic test:

EKG: _____   LAB: _____   X-RAY: X   Ultrasound: _____   Other: _____

Performed on: *07/17/2019*

_____ Based on the result of your test, you will be scheduled for follow-up with a physician or mid-level practitioner within five working days of this notice.  Please check the daily Lay-in list for this appointment.

✓ Based on the result of your test, there is <u>no clinical need</u> for follow-up at this time. To discuss your test results with a member of our health care staff, you may submit a Sick Call Request or request for interview with the Health Services Administrator.

_____ Lab work was drawn for pending chronic care visit, the result will be discussed with you during your next chronic care visit, unless determined to be critical by the provider.

**There will not <u>be a co-pay charge</u> for a scheduled follow-up or a request for interview initiated by you regarding the result of the diagnostic test noted above.**

_____ *MD*
Signature of Physician or Mid-level Practitioner

_____ *7/18/19* _____
Date

Copy to Inmate
Copy to Inmate EMR    *Hi, Dr. Smith, Aaron M. told me that there was nothing wrong with my back and he saw no reason for a wheel chair or shower chair.*

ADC HEALTH SERVICE REQUEST FORM — Chronic Care Item: MSF-232 A Revised 2013

| Name (Last, First, MI): | ADC #: | Date of birth: | Barracks: | Date of Request: |
|---|---|---|---|---|
| Starr Willie J | 109194 | 5-26-66 | 1-20 | 07/18/2019 |

Job Assignment: On my last Visit to Chronic Care Ms bland did not order my Cream

Description of the problem: Hemorrhoidal Ointment for (3) three months like its usely done, She Only ordered one tube and In ran Out and Can't get another One Without provider's approvell or her Say So. I really need the Cream!

I consent to be treated for the above problem. I understand that in accordance with the Department of Correction's policy, I will be charged for healthcare services through deductions of applicable co-payment charges from my resident account, and that if I have insufficient funds to cover the charge, the amount of the co-pay will be set up as an outstanding debt.

INMATE'S SIGNATURE: Willie Jr Starr     DATE: 7/18/2019

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FOR MEDICAL USE ONLY**

FACILITY NAME: Varner Unit

DATE RECEIVED BY MEDICAL DEPT: 7-19-19

PRIORITY 1 :See within 24 hours- emergent need ☐     PRIORITY 3:See within 72 hours- routine request ☐

PRIORITY 2: See within 48 hours- urgent need ☐     PRIORITY 4: Face-to-face visit not needed; respond to request in writing ☐

DATE TRIAGED: 7-19-19     TRIAGED BY: (NAME) Cimmy Jones     (TITLE) LPN

**If the EHR is unavailable, enter nursing sick call notes in this area:**

Vital Signs: BP          Pulse          Temp          Resp          Wt

Protocol Used:

Subjective:

Your Ointment was reordered

Objective:

Assessment:

Plan: Never got the Ointment!
ws

Education:

Refer to: [ ] Physician     [ ] Mid-level     [ ] Mental Health     [ ] Dental     [ ] Other (List):

Medical Staff Name:

Medical Staff Signature:          Title:          Date/time:          Unit:

Inmate Name:          ADC #:          Date of Birth:



*EXHIBIT E-1*

## If your medication is not available please complete this form and drop in sick call box. (There is no charge for using this form)

To:     **DON/ADON**

From:   Inmate Name _Willie Starr_   ADC# _109194_ Bks. _1-20_

Date:   _07/18/2019_

Re:     Medication not available

_Hemorrhoidal Ointment_

Please list all medications that are not available.

_Ms Bland usely Order it for a (3) Month term, but upon Our last Chronic Care Visit, She Only ordered One tube. She Would usely order it for a (3) month period and not Just one month, I Need the Cream Bad!!(OR) Maybe its time for another Hemorrhoidal Surgery and Maybe it Will get it this time and Solve my Hemorrhoidal problem then I won't have to Keep Begging Bland to reOrder the Ointment..._

| | This form is a non-compliance form and is not a sick call request. Check the appropriate box(es) |
|---|---|
| ☐ | Your medication is available for you to pick up at the pill window. |
| ☐ | Your medication has expired and you will be referred to the MD/ANP. |
| ☐ | A verbal order was obtained to restart your medication. |
| ☐ | Your medication is available and will be delivered to you. |
| ☐ | You received your medication on _____, and it is too early for it to be reordered. |
| ☐ | This form is not a sick call request. You must submit a sick call request in order to be seen by medical staff. |
| ☒ | Other: _medication placed on medication renewal list._ _Pending Provider's Approval_ |

To:     Inmate Name _W. Starr_   ADC# _109194_ Bks. _CB-120_

From:   Infirmary Staff's Signature _A.Williams, LPN_

Date:   _07-18-19_

_Never got Ointment_
_WS_

*To. Dr. Aaron M. Smith* *Exhibit E-2*

**ADC HEALTH SERVICE REQUEST FORM**

MSF-202C    revised 2013

| Name (Last, First, MI): | | ADC #: | Date of birth: | Barracks: | Date of Request |
|---|---|---|---|---|---|
| *Starr   Willie   J.* | | *109194* | *5-26-66* | *1-20* | *08/04/2019* |

①*The pain in my Back is five times Worse; My legs hurt to the point*

Description of the problem: *I Cant get up Out of bed,* ③ *I get a feel Sharp pain in my back, then My legs Will lock in a position and I Cant Move for a couple (min) Until the ligament in my Back and legs decides to release Slowly; then I can get up Slowly. I Still Cant Stand up* ④

I consent to be treated for the above problem. I understand that in accordance with the Department of Correction's policy, I will be charged for healthcare services through deductions of applicable co-payment charges from my resident account, and that if i have insufficient funds to cover the charge, the amount of the co-pay will be set up again outstanding debt. *If you know Something that Will help me Walk I am Will to try any Walk at all!!* *thing!!*

INMATE'S SIGNATURE: *Willie J Starr*    DATE: *08/04/2019*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FOR MEDICAL USE ONLY**

FACILITY NAME:_____

PRIORITY 1: See within 24 hours- emergent need ☐        PRIORITY 3: See within 72 hours- routine request ☐

PRIORITY 2: See within 48 hours- urgent need ☐        PRIORITY 4: Face-to-face visit not needed; respond to request in writing ☐

DATE TRIAGED:_____ TRIAGED BY: (NAME)_____ (TITLE)_____

**If the EHR is unavailable, enter nursing sick call notes in this area:**

| Vital Signs: BP | Pulse | Temp | Resp | Wt |
|---|---|---|---|---|
| Protocol Used: | | | | |

Subjective:

Objective:

Plan:    *N-Response*

Education:

Refer to: [ ] Physician        [ ] Mid-level        [ ] Mental Health        [ ] Dental        [ ] Other (List):

Medical Staff Name:

Medical Staff Signature:        Title:        Date/time:        Unit

Inmate Name:        ADC #:        Date of Birth:

To. Health Care/Service Administrator!
(Ms. Sondra parker)

103

Exhibit E-3

## Inmate Request Form

This form is to be used by inmates to contact staff concerning issues they may have. You should allow five (5) working days to receive a response to your request this is the Varner/Varner Supermax's in-house form.

| Name: Willie Starr | ADC# 109194 | Barracks: 1-20 | Date: 08/04/2019 |
|---|---|---|---|

| Staff Directed to: Ms. Sondra parker | Office: Health Service Administrator |
|---|---|

My Request is directed to the following area: (Check one)

☐ Chaplain        ☐ Classification      ☐ Commissary        ☐ Deputy Warden
☐ Food Service    ☐ Hobby Craft         ☐ Laundry           ☐ Library/Law
☐ Mailroom        (☑ Medical)           ☐ Mental Health     ☐ Parole
☐ Property        ☐ Records             ☐ SATP              ☐ Security
☐ School          ☐ Visitation          ☐ Warden            Other

Give a detailed reason for your request: I have put in Sick Calls on 07/29/20R – But it was Ignored. I am puting in Another One 8/4/2019. Ms parker please Under Stand. I am not faulting any One in Medical for what Ms Bland has done to me. I really need medical attention. I Need to See Dr Barnard Crowell. But also I Need an M.R.I. I Cant get out of bed some Days. My Back and legs Will lock up and I Cant move until my ligaments decides to release Slowly. Ms. parker. The AR 8.32 States that I Will be placed in Contact with Qualified Staff to evaluate and treat my Complaint without Undue del. I have not been able to walk Since 06/18/2019 and all Ive gotten is Discriminating treatment from 7.

Have you spoke to any staff about your request? If yes, whom did you speak with and when? young Dr Aaron Smith and Nurse LpN Jones. Ive been Under youills Care Now for three Mo. Now and all Ive gotten is a walker that I Cant use, and a Racial and Discriminatory attitude from them both, neighter one of them has showed any real Interest in my disability, (OR) Handicapped Condition; I Need an M.R.I it Will Show the Problem.

Inmate Signature: Willie Starr    Date 08/04/201

| Staff Responding: | Date: |
|---|---|

Response: You were last seen by a provider on 7/12/19 and there was no indication for an MRI at that time. Please utilize the sick call process for your medical needs.

I am referring this to: _____

Cc: _____

Staff Member Signature    Date 8/12/19

Inmate File

CC

*To. Health Care/ Service Administrator !*

*(Ms. Sondra parker)* **Inmate Request Form** *Exhibit E-4*

This form is to be used by inmates to contact staff concerning issues they may have. You should allow five (5) working days to receive a response to your request. this is the Varner/Varner Supermax's in-house form.

| Name: *Willie Starr* | ADC# *109194* | Barracks: *1-20* | Date: *08/09/2019* |
|---|---|---|---|

| Staff Directed to: *Ms. Sondra parker* | Office: *Health Service Administrator* |
|---|---|

My Request is directed to the following area: (Check one)

☐ Chaplain ☐ Classification ☐ Commissary ☐ Deputy Warden
☐ Food Service ☐ Hobby Craft ☐ Laundry ☐ Library/Law
☐ Mailroom (☑ Medical) ☐ Mental Health ☐ Parole
☐ Property ☐ Records ☐ SATP ☐ Security
☐ School ☐ Visitation ☐ Warden Other

Give a detailed reason for your request: *I've put in Sick Call on 07/29/2019, But it was Ignored, Ian putting in one 8/4/19! Ms parker please understand Iam Not faulting any one for what Ms Bland has done ome. I Need Medical Treatment I Need an MRI, I can't get out of bed Some days. My Back act legs will I need to See Dr. Bernald Crowell. its my ligaments they have Crossed up. Ms parker The AR 833 States hat I will be placed in contact with Qualified staff to evaluate my complaint and treat without delay. It ot Been able to walk Since 4/18/19 did all Ia gotten is Discrimination treatment from young Dr para mith and Nurse LPN Jones. I've been under youll's care now for Three Months, all Ia gotten is a ol*

Have you spoke to any staff about your request? If yes, whom did you speak with and when? *Walker that I can't use, and Racial and Discriminatory attitude from them both. Neighter one them has shown any real Interest in my Disability (or) Handicap*

* condition I Need an MRI, it will show the problem. But*

Inmate Signature *Willie Starr* Date *08/09/2019*

| Staff Responding: | Date: |
|---|---|

Response:

_____

_____

_____

_____

_____

I am referring this to: _____

Cc: _____

_____ Staff Member Signature    Date

_____
Inmate File

*CC*

*(My Copy)*

To. Health Care Administrator
(Ms. Sondra Parker)

Exhibit E-5

## Inmate Request Form

This form is to be used by inmates to contact staff concerning issues they may have. You should allow five (5) working days to receive a response to your request. This is the Varner/Varner Supermax's in-house form

*(handwritten margin notes top right)* Yes I've ask through sick call I have only ask Dr. Jones say 5 times before to see her I can see providers $10.00 (KCH) I don't even care I need to see a doctor PBAP

| Name: Willie Starr | ADC#: 109194 | Barracks: 1-03 | Date: 08-09-2019 |
|---|---|---|---|

| Staff Directed to: Ms. Sondra Parker | Office: Health Care Administrator |
|---|---|

My Request is directed to the following area: (Check one)

- ☐ Chaplain
- ☐ Classification
- ☐ Commissary
- ☐ Deputy Warden
- ☐ Food Service
- ☐ Hobby Craft
- ☐ Laundry
- ☐ Library/Law
- ☐ Mailroom
- ☑ Medical (circled)
- ☐ Mental Health
- ☐ Parole
- ☐ Property
- ☐ Records
- ☐ SATP
- ☐ Security
- ☐ School
- ☐ Visitation
- ☐ Warden
- ☐ Other

Give a detailed reason for your request: When I first met Dr. Smith on 06-21-19 he promised me that he would get me back on my feet with a (Spinal Shot) or Strong Medication that would help my leg Weakness. Ms Parker that was two Months ago, all I've gotten is a lot of talked promises. One Back (X Ray) a a pills that don't even help my Pains. He has really Shown me very little care. He gave me an ole walker, Why When I Can't even Stand up, NONE! My left leg is still Swollen, my Knee is twice as b is the right. my left-feet is still Swollen When I ask him about it he Say Focuse on my back fi But he don't Seem to be focused on any of My Medical Need. He is doing What he is told by Dr. Jones and Dr. Bland. He has Not decided to treat me on his own doctors Skill yet. Ms Parke

Have you spoke to any staff about your request? If Yes, whom did you speak with and when? I need to See, Dr. Barnard Clowell real badly, Iam Starting to lose Control of My Bow and my pee Iam peeing on myself and Not knowing it Until I look and See, that Iam Wet with Urine. My Back and Legs hurt More and More, my legs gets so Stiff at times I Cant even Move, Please Ms parker help me get the OutSide Medical treatment I Need Please!

Inmate signature: Willie J Starr    Date: 08/09/2019

| Staff Responding: | Date: |
|---|---|

Response: *No Response!*

I am referring this to: _____

Cc: _____

_____                    _____

Staff Member Signature          Date

Inmate File

To. Dr Aaron M. Smith

Exhibit E-6

# Inmate Request Form

This form is to be used by inmates to contact staff concerning issues they may have. You should allow five (5) working days to receive a response to your request.  This is the Varner/Varner Supermax's in-house form

| Name: Willie Stair | ADC#: 109194 | Barracks: 1-03 | Date: 08/09/2019 |
|---|---|---|---|

| Staff Directed to: Dr Aaron M Smith | Office: Dactor Office |
|---|---|

My Request is directed to the following area: (Check one)

- ☐ Chaplain
- ☐ Food Service
- ☐ Mailroom
- ☐ Property
- ☐ School

- ☐ Classification
- ☐ Hobby Craft
- (☑) Medical
- ☐ Records
- ☐ Visitation

- ☐ Commissary
- ☐ Laundry
- ☐ Mental Health
- ☐ SATP
- ☐ Warden

- ☐ Deputy Warden
- ☐ Library/Law
- ☐ Parole
- ☐ Security
- ☐ _____ Other

Give a detailed reason for your request:

When this all Started and I first met you On 06-21-19 you promised me a Spinal Shot of Some really Strong Medication that you Said would likely help my leg Weakness; Well Sir Iam Still Willing to give the Shot a try Because as of right now I lost all Movement in Both my legs and feets. But Still my left leg and feet are Still Swollen and my Knee is twice the Size of my right Knee's Iam Willing to try Anything, But this doing nothing is not going to help me heal, So tell me how much longer am I going to have to wait???

Have you spoke to any staff about your request? If Yes, whom did you speak with and when? Its been (5-4) days Since you Started

I Need Some help to find out What's going on With my back and legs!

treating me for Whatever is Wrong With me all Ive gotten is an _____ Willie J Stair 08/09/2019

X-Ray Nothing more. What are We going to do from here. Iam asking you to Send me to See the (Orthopedics) Dr. Bernard Crowell

Inmate signature          Date

Who did my Back Surgery, hopifully he Can fix the problem and I'll Walk again!!

| Staff Responding: | Date: |
|---|---|

Response:

No Responce!

I am referring this to: _____

Cc: _____

_____

Staff Member Signature          Date

Inmate File

*I need this fluid off my body! Exhibit E-7*

## ADC HEALTH SERVICE REQUEST FORM

MSF-202 C    revised 2013

| Name (Last, First, MI): | ADC #: | Date of birth: | Barracks: | Date of Request: |
|---|---|---|---|---|
| Starr Willie J. | 109194 | 5-26-66 | 1-03 | 08/17/2019 |

Job Assignment: *Please people Somethings Very Wrong With me not only do I have*

Description of the problem: *one leg-knee-is Swollen. Now both Reg are Swollen ad it looks like my belly is too. I Cant pee So it must be my kidney's is trying to Stop Working. I Have Not had a good pee in Over five day, it*

I consent to be treated for the above problem. I understand that in accordance with the Department of Correction's policy, I will be charged for healthcare services through deductions of applicable co-payment charges from my resident account, and that if I have insufficient funds to cover the charge, the amount of the co-pay will be set up as an outstanding debt. *hurt to try and pee! please help... My Body is Hot like*

INMATE'S SIGNATURE: *Willie J. Starr*    DATE:    *fever!*

*********************************************************************

### FOR MEDICAL USE ONLY

FACILITY NAME: *Varner Unit*

DATE RECEIVED BY MEDICAL DEPT: _____

PRIORITY 1 :See within 24 hours- emergent need ☐    PRIORITY 3:See within 72 hours- routine request ☐

PRIORITY 2: See within 48 hours- urgent need ☐    PRIORITY 4: Face-to-face visit not needed; respond to request in writing ☐

DATE TRIAGED: _____ TRIAGED BY: (NAME) _____ (TITLE) _____

**If the EHR is unavailable, enter nursing sick call notes in this area:**

Vital Signs: BP _____ Pulse _____ Temp _____ Resp _____ Wt _____

Protocol Used:

Subjective:

Objective:     *No Response!*

Assessment:

Plan:

Education:

Refer to: [ ] Physician    [ ] Mid-level    [ ] Mental Health    [ ] Dental    [ ] Other (List):

Medical Staff Name:

Medical Staff Signature: _____ Title: _____ Date/time: _____ Unit: _____

Inmate Name: _____ ADC #: _____ Date of Birth: _____

*( My Copy )*

*Exhibit E-8*

## DC HEALTH SERVICE REQUEST FORM

MSF-202 C   revised 2013

| Name (Last, First, MI): | ADC #: | Date of birth: | Barracks: | Date of Request: |
|---|---|---|---|---|
| Starr Willie J | 109194 | 5-26-66 | 1-03 | 10-07-2019 |

Complaint: Can We please Get an X-Ray on my left Knee and leg

Description of the problem: My left leg and Knee hurts With any Kind of Move-ment; There is Something Very Serious going On inSide of the Knee Ive tried and tried but it Wont hold any Weight on it.

consent to be treated for the above problem. I understand that in accordance with the Department of Correction's policy, I will be charged for healthcare services through eductions of applicable co-payment charges from my resident account, and that if I have insufficient funds to cover the charge, the amount of the co-pay will be set up as n outstanding debt.

NMATE'S SIGNATURE: _Willie J Starr_   DATE: 10-07-2019

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### FOR MEDICAL USE ONLY

FACILITY NAME: Varner Unit

DATE RECEIVED BY MEDICAL DEPT: _____

RIORITY 1 :See within 24 hours- emergent need ☐     PRIORITY 3:See within 72 hours- routine request ☐

RIORITY 2: See within 48 hours- urgent need ☐     PRIORITY 4: Face-to-face visit not needed; respond to request in writing ☐

ATE TRIAGED: _____   TRIAGED BY: (NAME) _____   (TITLE) _____

**If the EHR is unavailable, enter nursing sick call notes in this area:**

| ital Signs: BP | Pulse | Temp | Resp | Wt |
|---|---|---|---|---|

rotocol Used:

ubjective:

bjective:

*No ReSponce*

ssessment:

an:

lucation:

efer to: [ ] Physician     [ ] Mid-level     [ ] Mental Health     [ ] Dental     [ ] Other (List):

edical Staff Name:

edical Staff Signature:   Title:   Date/time:   Unit:

mate Name:   ADC #:   Date of Birth:

*Infirmary Records*                    *Exhibit E-9*

# Inmate Request Form

This form is to be used by inmates to contact staff concerning issues they may have. You should allow five (5) working days to receive a response to your request. This is the Varner/Varner Supermax's in-house form

| Name: Willie Stans | ADC#: 109194 | Barracks: 1-03 | Date: 10-11-2019 |
|---|---|---|---|

| Staff Directed to: Records | Office: Records Office |
|---|---|

My Request is directed to the following area: (Check one)

| ☐ Chaplain | ☐ Classification | ☐ Commissary | ☐ Deputy Warden |
|---|---|---|---|
| ☐ Food Service | ☐ Hobby Craft | ☐ Laundry | ☐ Library/Law |
| ☐ Mailroom | ☑ Medical | ☐ Mental Health | ☐ Parole |
| ☐ Property | ☑ Records | ☐ SATP | ☐ Security |
| ☐ School | ☐ Visitation | ☐ Warden | ☐ _____ Other |

Give a detailed reason for your request: I Need to ~~look at my~~ Review my Medical Jacket I Want to See the X-Rays of My Back, the pictures of My Spine and the Rods and Screws and What all they are attached to.

Have you spoke to any staff about your request? If Yes, whom did you speak with and when? "Yes," I talked to LPN Jones On Sick Call On 10-07-2019

Willie Stans 10-11-2019

Inmate signature                    Date

| Staff Responding: | Date: |
|---|---|

Response: No ReSponce!

I am referring this to: _____

Cc: _____

_____
Staff Member Signature          Date

Inmate File

Infirmary Records                    Exhibit E-10

Inmate Request Form

Name: Willie Stair    HDC#/DC199  Barracks 1-03    Date: 10-11-2019

Staff Directed to:           office: Record Office
Records

Medical ✓
Records ✓

detailed reason for request: I Want to Review My Medical.
Jacket to See X-Rays of My Back Where I had the
(4) Surgeries. To See What all those Rods, Screws, and Parts
are attached to in My Body. Because I feel a pull
in area's of My body that's Strange and Shouldn't be.
I Sometimes Wake up and Can not Move my "lower body" for (30)min
to an hour) I be Stiff as a IRON door:

Who did I Speak to about this request? I talked to LPN Jones, on
Sick Call 10-07-2019.

Willie J Stair 10-11-2019
Staff Responding:           Date:

No Response!

CC

( my
  Copy )

*Infirmary Records*

*Exhibit E-11*

# Inmate Request Form

This form is to be used by inmates to contact staff concerning issues they may have. You should allow five (5) working days to receive a response to your request. This is the Varner/Varner Supermax's in-house form

| Name: Willie Starr | ADC#: 109194 | Barracks: 1-03 | Date: 10-11-2019 |
|---|---|---|---|

| Staff Directed to: Records | Office: Record Office |
|---|---|

My Request is directed to the following area: (Check one)

| ☐ Chaplain | ☐ Classification | ☐ Commissary | ☐ Deputy Warden |
|---|---|---|---|
| ☐ Food Service | ☐ Hobby Craft | ☐ Laundry | ☐ Library/Law |
| ☐ Mailroom | ☑ Medical | ☐ Mental Health | ☐ Parole |
| ☐ Property | ☑ Records | ☐ SATP | ☐ Security |
| ☐ School | ☐ Visitation | ☐ Warden | ☐ _____ Other |

Give a detailed reason for your request: I Want to Review Medical Jacket to See X-Rays and pictures of My Surgery. To See What all those Rods and Screws are attached to in my Body.

Have you spoke to any staff about your request? If Yes, whom did you speak with and when? "Yes," I Talked to LPN Jones On Sick Call On 10-07-2019!

Willie Starr 10-11-2019

| Inmate signature | Date |
|---|---|

| Staff Responding: | Date: |
|---|---|

Response:

No Re Sponce!

I am referring this to: _____

Cc: _____

_____

_____

| Staff Member Signature | Date |
|---|---|

Inmate File

: CC

*Exhibit E-12*

## ADC HEALTH SERVICE REQUEST FORM
**MSF-202 C     revised 2013**

| Name (Last, First, MI): | ADC #: | Date of birth: | Barracks: | Date of Request: |
|---|---|---|---|---|
| Starr, Willie | 109194 | 05-26-66 | CB-103 | 10-19-19 |

Job Assignment: Ext. Restrictive Housing

Description of the problem: I am having back pain, leg pain, & pelvis pain.

I consent to be treated for the above problem. I understand that in accordance with the Department of Correction's policy, I will be charged for healthcare services through deductions of applicable co-payment charges from my resident account, and that if I have insufficient funds to cover the charge, the amount of the co-pay will be set up as an outstanding debt.

INMATE'S SIGNATURE: _W_____     DATE: 10-19-19

**********************************************************************************

### FOR MEDICAL USE ONLY

FACILITY NAME: Varner Unit

DATE RECEIVED BY MEDICAL DEPT: 10-19-19

PRIORITY 1 :See within 24 hours- emergent need ☐     PRIORITY 3:See within 72 hours- routine request ☐

PRIORITY 2: See within 48 hours- urgent need ☑     PRIORITY 4: Face-to-face visit not needed; respond to request in writing ☐

DATE TRIAGED: 10-19-19     TRIAGED BY: (NAME) P. Almast     (TITLE) LPN

**If the EHR is unavailable, enter nursing sick call notes in this area:**

| Vital Signs: BP | Pulse | Temp | Resp | Wt |
|---|---|---|---|---|

Protocol Used:

Subjective: you have been placed on the providers list

Objective:

Assessment:

Plan: Got No Treatment, Just

Education: More talk // from Dr. A. Smith

Refer to: [ ] Physician     [ ] Mid-level     [ ] Mental Health     [ ] Dental     [ ] Other (List):

Medical Staff Name:

Medical Staff Signature:     Title:     Date/time:     Unit:

Inmate Name:     ADC #:     Date of Birth:



Ms. Parker

*Exhibit E 15*

Ms Parker

*Infirmary Copy*

## Request for Interview

~~If your medication is not available please complete this form and drop in sick call box.~~ (~~There is no charge for using this form~~)

To: (Ms. Parker) "HCA"
~~To:   DON/ADON~~

From:   Inmate Name   Willie Starr   ADC# 109194   Bks. 1-03

Date:   11-14-2019

Re:   Medication not available — (Hemorrhoidal Ointment).

(Diebetic Readings)
11-10-19 (97)
11-11-19 (104)
11-12-19 (160)
11-13-19 (98)
11-14-19 ( )

Ms. Parker I Was Called to Doctor Call On 11-07-19 I Saw Ms bland She asked me Could I Walk and thats all She Said to me, I asked her to Re Order my Ointment, She Said it Would Cost me $3.00 Co-pay (Which She did) Charge me, but I Never got the Ointment. That night nurse Robinson (Who Ran Diebetic Call asked me Why Was Ms bland Raising my Insulin again? I don't understand that because my Sugar Readings has been good for a long time now, So Why did She keep Raising the dosage? She never discuss it With me to let me Know Whats Going on, this Could put me in a (Diebetic Coma) if I had taken that much Insulin (Especially With my Readings being this low already...

| | |
|---|---|
| **The section below is to be completed by medical staff. Check appropriate box(es)** | |
| ☐ | Your medication is available for you to pick up at the pill window. |
| ☐ | Your medication has expired and you will be referred to the MD/ANP. |
| ☐ | A verbal order was obtained to restart your medication. |
| ☐ | Your medication is available and will be delivered to you. |
| ☐ | You received your medication on _____, and it is too early for it to be reordered. |
| ☐ | This form is not a sick call request. You must submit a sick call request in order to be seen by medical staff. |
| ☐ | Other: |

You were Seen in provider call on 11/8/19 by Ms. Bland. There was no co-pay charge + your insulin wasn't changed.

To:   Inmate Name _____ ADC# _____ Bks. _____

From:   Infirmary Staff's Signature _____

Date:   11/18/19

*Thats a lie!*

CONFIDENTIAL

:CC

They also gave Me back the $3.00 -Co pay after I filed a grievances on it...

*Ms parker*

*"Health Care Administrator"*

*Ms parker*

# Inmate Request Form *Exhibit E-14*

This form is to be used by inmates to contact staff concerning issues they may have. You should allow five (5) working days to receive a response to your request.  This is the Varner/Varner Supermax's in-house form

| Name: Willie Starr | ADC#: 109194 | Barracks: 1-03 | Date: 12/01/2019 |
|---|---|---|---|

| Staff Directed to: Ms. Parker | Office: "HCA" |
|---|---|

My Request is directed to the following area: (Check one)

| | | | | | |
|---|---|---|---|---|---|
| ☐ Chaplain | ☐ Classification | ☐ Commissary | ☐ Deputy Warden |
| ☐ Food Service | ☐ Hobby Craft | ☐ Laundry | ☐ Library/Law |
| ☐ Mailroom | ☒ Medical | ☐ Mental Health | ☐ Parole |
| ☐ Property | ☐ Records | ☐ SATP | ☐ Security |
| ☐ School | ☐ Visitation | ☐ Warden | ☐ Other ___ |

Give a detailed reason for your request: Ms parker I was told by Nurse Jones LPN that I am Scheduled to See Dr. William p Scott; there fore I don't need to put in Sick Call: I implore you as (HCA) to order that I have X-Rays done on my left Hip and On my left and Right Knees: Dr Scott told me on 10-25-2019 that he would not be around long enough to Address all of my problem: Iam in Constant Pain in my Hip Back and Knees: I believe that my left Hip is out of place I feel the Hip Bone in a position that it Should not be, I Cant Sleep and it hurts to lay on it and to turn over in Bed. We already Know I have a hole in Spinal Cord Need Surgery: Nurse King on 11-17-2019 and Nurse Jones LPN they both tells me Iam Scheduled to See Dr. Scott Who is Only addressing my Diabetic Nerve pain! Iam begging you to order X-Rays on my left hip and Both of my Knees This pain has gotten Unbearabl

*Willie Starr*

Inmate signature

12/01/2019
Date

Have you spoke to any staff about your request?  If Yes, whom did you speak with and when?

| Staff Responding: | Date: |
|---|---|
| Response: | |

___

I am referring this to: _____

Cc: _____        _____

_____        Staff Member Signature        Date

Inmate File

:CC        (mine Copy)   Please Respond!!!

(My Copy) EXHIBIT E-15

**OC HEALTH SERVICE REQUEST FORM**    MSF-202 C    revised 2013

| Name (Last, First, MI): | ADC #: | Date of birth: | Barracks: | Date of Request: |
|---|---|---|---|---|
| Starr Willie J | 109194 | 5-26-66 | 1-03 | 12/09/2019 |

Complaint: I Can't Stand and Walk because of my left "hip bone" out of place;

Description of the problem: and My Knees has Something Major Wrong With them, I need an X-Ray On My (Hip Joint) and (Knees) I'll Never be able to Walk if I don't get my Hip and Knees fixed on Also my feet Still Burns from the

I consent to be treated for the above problem. I understand that in accordance with the Department of Correction's policy, I will be charged for healthcare services through deductions of applicable co-payment charges from my resident account, and that if I have insufficient funds to cover the charge, the amount of the co-pay will be set up as an outstanding debt. Diabetic Nerve pains:

INMATE'S SIGNATURE: Willie J Starr    DATE: 12/09/2019

*****************************************************************

**FOR MEDICAL USE ONLY**

FACILITY NAME: Varner Unit

DATE RECEIVED BY MEDICAL DEPT:

PRIORITY 1 :See within 24 hours- emergent need ☐    PRIORITY 3:See within 72 hours- routine request ☐

PRIORITY 2: See within 48 hours- urgent need ☐    PRIORITY 4: Face-to-face visit not needed; respond to request in writing ☐

DATE TRIAGED:_____ TRIAGED BY: (NAME)_____ (TITLE)_____

**If the EHR is unavailable, enter nursing sick call notes in this area:**

Vital Signs: BP ___ Pulse Grave Temp ___ Resp ___ Wt ___

Protocol Used:

Subjective: I Seen Nurse Hardgroove On 12-13-2019, a Friday: She Said I would See the provider - Monday (or) Tuesday!! Nothing

Objective: happened!

Assessment:

Plan:

Education:

Refer to: [ ] Physician    [ ] Mid-level    [ ] Mental Health    [ ] Dental    [ ] Other (List):

Medical Staff Name:

Medical Staff Signature:    Title:    Date/time:    Unit:

Inmate Name:    ADC #:    Date of Birth:

:CC

*Exhibit - F*

ARKANSAS DEPARTMENT OF CORRECTION
# Medical Restrictions/Limitations/Special Authorization(s)     MSF-207

| PART 1 - RESTRICTIONS: | **RESTRICT INMATE FROM:** |
|---|---|
| | ☐ Restrict from assignment requiring strenuous physical activity in excess of hours per day. Allow 10 minute break after each hour. |
| | ☐ Restrict from assignment requiring prolonged crawling, stooping, running, jumping, walking, or standing, in excess of hours per day. Allow 10 minute break after each hour. |
| | ☐ Restrict from assignment requiring lifting of heavy materials in excess of lbs; and/or overhead work in excess of hours per day. Allow 10 minute break after each hour. |
| **PART 2 - LIMITATIONS:** | **INMATE REQUIRES:** |
| * | ☐ Bed Rest   days. Reason: |
| | ☐ No Duty   days. Reason: |
| | ☐ No Yard Call   days. Reason: |
| | ☐ No Sports   days. Reason: |
| | ☐ One Arm/Hand Duty   days. |
| **PART 3 - AUTHORIZATIONS:** | **INMATE IS AUTHORIZED TO:** |
| | ☐ Report to the Infirmary for Special Treatments( ) |
| |    ☐ Soak: |
| |    ☐ Exercise: |
| |    ☐ Other: |
| | ☐ Bathe in the Infirmary |
| |    ☐ Sitz Bath |
| |    ☐ Cast |
| |    ☐ Other: |
| | ☑ Have in Possession: |
| |    ☐ Cane |
| |    ☐ Crutches |
| |    ☐ Brace: (describe briefly) |
| |    ☐ Prescribed Footwear: |
| |    ☐ Orthopedic Appliance: (describe briefly) |
| |    ☑ Other: <u>WHEELCHAIR</u> |
| * | ☐ Go to Dining/Pill Window/Shower Only |

*(handwritten:) Dr. William Scott Gave me the Wheel Chair*

This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Starts: <u>10/25/2019</u>   <u>11:44:00 AM</u>
This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Ends: <u>02/24/2020</u>   <u>11:44:00 AM</u>

| *(signature)* William P Scott | **Name:** <u>Starr, Willie J.</u> <br> **DOB:** <u>05/26/1966</u> <br> **ADC#:** <u>109194</u> |
|---|---|

Distribution: Original - Medical Jacket

*(handwritten at bottom left:)* Seen Dr. William P Scott on the 15ᵗʰ of October 2019 and he looked at my Back X-Ray. He Say he has no Idea Why I had not been getting the Medical treatment that I needed... 00 mg Gabapinton Noon and at night. Was...

*(handwritten at bottom right:)* I have a Spinal fraction in my Back, fraction in my spine! fraction in my spinal Column , a seperate fragment of Bone, to break.

*My Copy*                    *Exhibit – E-16*

## If your medication is not available please complete this form and drop in sick call box. (There is no charge for using this form)

To: (Ms. Parker) "HCA"
To: ~~DON/ADON~~

From:   Inmate Name __Willie Starr__   ADC# __10918__   Bks. __1-03__

Date: __11-19-2019__

Re:     Medication not available

(Hemorrhoidal Ointment) Ms Parker I Saw Ms Bland on

Please list all medications that are not available.

*Diabetic Readings*
*1-10-19 (92)*
*1-11-19 (104)*
*1-12-19 (160)*
*1-13-19 (98)*

Doctor Call 11/07/2019 She asked Me Could I Walk and that was all
She asked of Me. I asked her to re Order my Hemorrhoidal Ointment and She Said
She would have to Charge me $3.00 (Which She did) But I never got the Ointment...
That night the Nurse who Came to Check my Sugar, Nurse Johnson asked me Why have
Ms Bland Raised my InSulin again? I don't Know because my Sugar has been good for a
long While, So Why Keep Raising my Dosage? And the bad part is She Never even
talk to me about It, never even letting me Know that its been Raised, Which Could of
Put me in a (Diabetic Coma) If I had taken that much InSulin (60 mg)...

| | The section below is to be completed by medical staff.  Check appropriate box(s) |
|---|---|
| ☐ | Your medication is available for you to pick up at the pill window. |
| ☐ | Your medication has expired and you will be referred to the MD/ANP. |
| ☐ | A verbal order was obtained to restart your medication. |
| ☐ | Your medication is available and will be delivered to you. |
| ☐ | You received your medication on _____, and it is too early for it to be reordered. |
| ☐ | This form is not a sick call request. You must submit a sick call request in order to be seen by medical staff. |
| ☐ | Other: |

To:     Inmate Name _____ ADC# _____ Bks. _____

From:   Infirmary Staff's Signature _____

Date: _____

1

*Exhibit E-17*

*(My Copy)*

**DC HEALTH SERVICE REQUEST FORM**                          MSF-202 C     revised 2013

| Name (Last, First, MI): | ADC #: | Date of birth: | Barracks: | Date of Request: |
|---|---|---|---|---|
| Starr Willie J | 109194 | 5-26-66 | 1-08 | 11-19-2019 |

Description of the problem: This pain in my back has Only gotten Worse and the pain in my left (Hip and Knee's) from past falls. I Still need X-Rays On my left hip and knee, the pain won't go away which tells me something is Mighty Wrong. It's been (7) Seven Months long and Still no X-Rays to find out What the problem is and Why So Much pain, Which also is Why I Can not Stand or Walk.

consent to be treated for the above problem. I understand that in accordance with the Department of Correction's policy, I will be charged for healthcare services through eductions of applicable co-payment charges from my resident account, and that if I have insufficient funds to cover the charge, the amount of the co-pay will be set up as n outstanding debt.

INMATE'S SIGNATURE: Willie J Starr     DATE: 11-19-2019

*******************************************************************************************

**FOR MEDICAL USE ONLY**

FACILITY NAME: Varner Unit

DATE RECEIVED BY MEDICAL DEPT:_____

PRIORITY 1 :See within 24 hours- emergent need ☐     PRIORITY 3:See within 72 hours- routine request ☐

PRIORITY 2: See within 48 hours- urgent need ☐     PRIORITY 4: Face-to-face visit not needed; respond to request in writing ☐

DATE TRIAGED:_____ TRIAGED BY: (NAME)_____ (TITLE)_____

**If the EHR is unavailable, enter nursing sick call notes in this area:**

| Vital Signs: BP | Pulse | Temp | Resp | Wt |
|---|---|---|---|---|

Protocol Used:

Subjective:

Objective:

Assessment:

Plan:

*No Response*

Education:                                                                 e

Refer to: [ ] Physician          [ ] Mid-level          [ ] Mental Health          [ ] Dental          [ ] Other (List):

Medical Staff Name:

Medical Staff Signature: _____ Title: _____ Date/time: _____ Unit: _____

Inmate Name: _____ ADC #: _____ Date of Birth: _____

ICC

(VSM)

**UNIT LEVEL GRIEVANCE FORM** (Attachment I) *Health Care Administrator* *Medical*

Unit/Center _Varner Unit_

Name _Willie Starr_

ADC# _109194_   Brks # _Isol_ _Cell#_ _8_ Job Assignment _____

FOR OFFICE USE ONLY

GRV. # _VSM 19-215 79_

Date Received: _6-13-19_

GRV. Code #: _600_

Exhibit G

_06/10/19_ (Date) STEP ONE: Informal Resolution _Pain pills are not helping, I_

_06/11/19_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally)
If the issue was not resolved during Step One, state why: _Need to See Dr. Crowell the_
_Orthopedics whom put these parts in my back Something has to_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _have come a loss in my back, I am_
_in to much pain_

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: *medical* or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _To Health Care Administrator I have_
_done everything I was told to do and I am Not able to receive any Medical treat-_
_ment from Medical. APN Bland refused me Medical treatment on! 06/10/2019, Officer's_
_Sergeant L. Smith and Corporal Taylor took me to Doctor Call because I can hardly_
_walk, My back is hurting real bad and its effecting my legs to the point where I falls_
_down if I don't catch myself, my legs just gives out without warning. On my Medical_
_visit on 6/10/19 APN Bland refused to examen me, She stated that I needed no pain_
_meds; that she would send me Some Hemorrhoidal Ointment and walked away; I don't_
_want pain Meds, I need to see the Orthopedics who did these (4)four Surgeries on_
_my back it feels as if Something has come apart in my Back, Dr. Crowell said_
_it would never happen, But I believe he was wrong Because this pain in my back and this_
_weakness in my legs tells me that Something has gone all wrong. Please, help me get_
_the Medical treatment that I need before I do fall an break Some of these old Bones_
_that will never heal back!! Please help me, I am in So much pain. APN Bland Refused_
_me Any type of examenation, My witnesses are - Sgt. L. Smith and Cpl Taylor, She has_
_an personal Grudge against me from Tucker max Unit, So She refuses the Medical treat-_

Inmate Signature _Willie J. Starr #109194_ Date _06/10/2019_ _Received_ _ment--_

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*
JUL 2 2 2019

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _6-10-19_ (date), and determined to be (Step One) and/or an Emergency Grievance
_Yes_ (C) (Yes or No). This form was forwarded to (medical or mental health? (Yes or No), (If yes, name
of the person in that department receiving this form: _Rawlleon_ Date _6/11/19_
_J. Sad_ _71205_ _[signature]_
PRINT STAFF NAME (PROBLEM SOLVER) ID Number Staff Signature _Date Received_
Describe action taken to resolve complaint, including dates: _Providers are authorized to order_
_what they deem medically appropriate, Ms. Bland APN noted_
_Subjective to 4 complaint on bilateral lower extremity numbness_
_they were ordered Hemorrhoidal Ointment and Hydrochlorothine de_
_12.5mg, Rawlle 6/11/19_ _Willie J Starr_
Staff Signature & Date Returned _Rawlle 6/11_ Inmate Signature & Date Received _06/11/2019_
This form was received on _6-12-19_ (date), pursuant to (Step Two) Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: X _____ Date: X
Action Taken: JUN 1 3 2019 _PHS_ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _Rawlleon 6/11/19_ Date: _6-12-19_
_Rawlleon 6/11/19_

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back
to Inmate after Completion of Step One and Step Two.

*Exhibit G-1*

IGTT420
3GH

Attachment IV

INMATE NAME: Starr, Willie J.        ADC #: 109194B        GRIEVANCE #: VSM19-01579

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(601) Your 6/10/19 grievance has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you. You grieved Ms. Bland refused you medical treatment on 6/10/19. You state you need to see the orthopedic doctor who did your surgery.

Review of your record shows you were seen by Ms. Bland 6/10/19 for complaint of numbness to both legs and a request for hemorrhoid cream renewal. Ms. Bland noted, "Ext: posture is leaning forward on his walker, he requires no assist c positioning. He states that his legs were giving out all the way from his cell. The report from Security is that he ambulated the whole way with assist of his walker only--no difficulty. he participates in no way with the msk exam. He is then indicating to Security that he is unable to use his walker to ambulate back to his cell. he was returned to his cell in the restraint chair." You were ordered hydrochlorothiazide 12.5mg once daily and hemorrhoid ointment. There is no documentation to support you had vital signs taken for your 6/10/19 provider call.

Providers are authorized to order treatment they deem medically appropriate based on their clinical judgment, including consults for outside providers. However, due to the lack of documentation to support vitals being taken for your 6/10/19 provider call, your grievance has merit. Staff will be educated on importance of obtaining vital signs.

*Received*

*Sondra Parker* [signature]

JUL 22 2019       *had merit!*

Deputy Director
Health & Correctional Programs

Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

| Sondra L Parker | 07/12/2019 |
|---|---|
| Title | Date |

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? *I Would let this go, But the APN Ms bland has been doing all She Can to See me Suffer, this personal Gruge She has for me has Clouded any professional Judgement. This is not the first time Officers Taylor and Sgt L Smith has Wittnessed her "mis-treatment of me as a person or patient and States they would be glad to Wittness for me. She has never Once examen me, and She never listen to my Complaint before She Shut me up and tells the Officer, Im through with him take him on back to his Cell. I tried to explain to her the pain I was feeling but She refused to listen and kept Cutting me Short in my Speech. Under Stand*

this it you were... and her grudge has caused me months of pain and Suffering. I told her that if she didn't do something to help find the problem that it would lead to something much worse I could break something; she laughed and said well at least I can walk. I said "oh" your so bad down, Cpl Taylor said not to say nothing else, Just write it up, So I did. If you check Records you will see that she takes everything any outside Doctor prescribes for me, I have Rods/Screws in my back and the Sergeon prescribed 2-minutes to ease the pain, a back Brace and a lower tier/low bunk So I wouldn't have to climb up top and hurt myself. She took every Special Restriction script I had and told me to get them back if I could. Her Grudge has caused me months of pain and Suffering...

She don't deserve to practice "Medicine".

_Willie J Strau_
Inmate Signature    #109194

ADC#: 109194

Date 07/15/2019

Exhibit G-8

Received

JUL 2 2 2019

Deputy Director
Health & Correctional Programs

IGTT430
3GD

Attachment VI

INMATE NAME: Starr, Willie J.          ADC #: 109194          GRIEVANCE#:VSM19-01579

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On June 10, 2019, you grieved APN Bland refused to treat you today. You stated you were being seen for your complaints of back pain to the point where you cannot walk without falling. You stated APN Bland refused to examine you, stated you did not need pain medication, said she would send you some hemorrhoid cream, and walked away. You stated you do not want pain medication; you want to see the orthopedist who did surgery on your back.

The medical department responded, "Review of your record shows you were seen by Ms. Bland 6/10/19 for complaint of numbness to both legs and a request for hemorrhoid cream renewal. Ms. Bland noted, "Ext: posture is leaning forward on his walker, he requires no assist c positioning. He states that his legs were giving out all the way from his cell. The report from Security is that he ambulated the whole way with assist of his walker only--no difficulty. he participates in no way with the msk exam. He is then indicating to Security that he is unable to use his walker to ambulate back to his cell. he was returned to his cell in the restraint chair." You were ordered hydrochlorothiazide 12.5mg once daily and hemorrhoid ointment. There is no documentation to support you had vital signs taken for your 6/10/19 provider call. Providers are authorized to order treatment they deem medically appropriate based on their clinical judgment, including consults for outside providers. However, due to the lack of documentation to support vitals being taken for your 6/10/19 provider call, your grievance has merit. Staff will be educated on importance of obtaining vital signs."

Your appeal states APN Bland has been doing all she can to make you suffer and this personal grudge she has against you is clouding her professional judgment. You state Officer Taylor and Sergeant L. Smith have witness her mistreatment of you and state they would be glad to witness for you. You state she has never examined you or listened to your complaint. You state her grudge has caused you months of pain and suffering.

As stated by the medical department, APN Bland treated you per her clinical judgment. Disagreeing with a treatment plan is not the same as receiving no treatment. I encourage you to utilize the sick call process if you feel you need further assistance for your medical needs.

This appeal is without merit.

_____ / _____        8/29/19

Director                                             Date



Exhibit - 14

Coffee Stained

(60) ISO-1/ #8

**UNIT LEVEL GRIEVANCE FORM (Attachment)**

Unit/Center _Varnell Unit_

Name _Willie J. Starr_

ADC# _109194_    Brks # _ISO-1_    Job Assignment _Cell 8_

FOR OFFICE USE ONLY
GRV. # _____
Date Received: _____
GRV. Code #: _____

_6/10/19_ (Date) STEP ONE:  Informal Resolution _I Need to See the orthopedics who did the Surgery on My Back..._

_6/14/19_ (Date) STEP TWO:  Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I need to See the Orthopedic Who done My Surgery At Crowell._

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature).  If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt.  In an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? _____  If yes, circle one:  medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected.  (Please Print): _I have followed protocol and procedure for Medical treatment, I went through Sick Call twice, I paid my 6.00 but I waited (13) days to See ApN Bland, On 06/10/2019 Officer's Sergeant L. Smith (cc) Cpl. Taylor took me to doctor Call, (But) ApN Bland refused to examen me; She stated Something about Sending me Some ointment and walked away (I tried to explain my pains, She ignored me. I tried to get up to leave but I couldn't get up on my own So officer Taylor went and got a restraint chair to wheel me back to my Cell. ApN Bland is holding an old grudge against me from Tucker Max Unit, Where She gave me a wrong Diagnosis While She was drunk, I told the Warden and She was Sent away from the Unit. Now She takes every opportunity She Can to Make me Suffer in pain. The AD 93:18 State's that I have an urgent Medical Need defined as a worsening of an ongoing health Situation, an injury that Could become life threatening, An health Situation causing considerable discomfort without you loosing life or limbs; In similar Situation a prudent Would Seek prompt Medical attention: Sir's I am in So much pain and I Cant Stand Without help and be talken act It took me way to long to get up due to the pain in my back and my legs.._

Inmate Signature _Willie Starr_ 06/10/2019 _Starr_    Date _06/10/19_ _Willie Starr_

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _6-11-19_ (date), and determined to be Step One and/or an Emergency Grievance _No_ (Yes or No).  This form was forwarded to medical or mental health? _Yes_ (Yes or No).  If yes, name of the person in that department receiving this form: _Braswell_ Date _6/13/19_

_S. GARCIA_ _G8495_ _M. Garcia_ _6-11-19_
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received
Describe action taken to resolve complaint, including dates: _Your Grievance was forwarded to medical from Warden Gibson's office, Mr. Bland noted 'posture' is lacking forward on his welfare, he requires no assist with positioning. He states that his leg will give out all the whys from his cell, the report from Security is that he ambulated the whole way with assist in his walking only—no difficulty. Braswell 6/14/19 Willie Starr_
Staff Signature & Date Returned _Braswell 6/14/19_    Inmate Signature & Date Received _6/14/19 Starr_
This form was received on _15 June 19_ (date), pursuant to Step Two  Is it an Emergency? _No_ (Yes or No).
Staff Who Received Step Two Grievance: _Sgt. Batty_    Date: _15 Jun 19_
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: ____ VARNER
If forwarded, provide name of person receiving this form: _Braswell 6/18/19_ Date: ____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts;  **BLUE** - Grievance Officer;  **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

*Exhibit-H-1* (handwritten, left margin, vertical)

*CB01/1/20* (handwritten)

IGTT420
3GH

Attachment IV

INMATE NAME: <u>Starr, Willie J.</u>   ADC #: <u>109194B</u>   GRIEVANCE #: <u>VSM19-01605</u>

HEALTH SERVICES RESPONSE·TO UNIT LEVEL GRIEVANCE

(601) You grieved on June 10, 2019, that you followed the sick call process twice, paid $6.00 and waited thirteen (13) days to see Ms. Bland, APN, but she refused to examine you after being escorted by Sgt. L. Smith and Corporal Taylor. You state she said something about sending some ointment and walked away. You state you tried to explain your discomfort but she ignored you and that she is holding an old grudge against you. You state you are in so much pain and can't stand without help.

You were seen June 4, at sick call complaining of back pain and numbness of legs and feet. The nurse noted your discomfort was 4 of 10 and she made a provider referral for numbness of bilateral lower extremities. Ms. Bland completed your referral six days later on June 10, noting that you also requested renewal of hemorrhoidal cream. She noted "v/s as recorded in eomis. reviewed medication. Ext: posture is leaning forward on his walker, he requires no assist c positioning. He states that his legs were giving out all the way from his cell. The report from Security is that he ambulated the whole way with assist of his walker only (no difficulty) he participates in no way with the msk exam. He is then indicating to Security that he is unable to use his walker to ambulate back to his cell. he was returned to his cell in the restraint chair". She ordered HCTZ 12.5mg once daily and Hemorrhoidal ointment twice daily.

*She lied ! She said raise leg and Couldn't lift it.* (handwritten)

As a unit provider, Ms. Bland is authorized to order treatment she deems appropriate and clinically indicated, based on her medical judgment; therefore, your grievance is found without merit.

Received

*[signature: Gardner]*

JUL 2 2 2019

Deputy Director
Health & Correctional Programs

Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

<u>Regional Ombudsman</u>   07/16/2019

Title   Date

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below. *This Grievance Came to My Cell With these Stain's on it. I don't know*

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? *What it is.... The officer say she received it this way. APN-Bland is lying about me having no difficulty walking. Here and I Was Sweating like crazy when we got there. As for me participated in her msk exam there Was No Examination even tried to be performed by her, I Never even had time to speak before She told the officers that she was through with me; to take me back to my Cell and put my feet up.* (handwritten)

Mr. Elands Medical Juguent is Clowed with a hatred for me. So bad that she don't even See Where this is all leading her in her Future. She Can not Stay in the Medical profession taking out personal hate On the patient, even if he (or) she is Just another prisoner in the System. "Look at me now" I Cant Stand up and I done took So Many falls until I'v Busted up my (left Knee) and the outside of My (leg Muscle). Neighter One of My legs will Work, and my Back is in So much pain. I Cant Sleep! I have to Drag My legs Behind me, down on my hands and Butt to get around in this Cell I feel like a Broken animal Sliding around the floor like an dog that get hit by a Car.

It May get Worse the X-Ray Man Said it looked.

ADC#: 109194

Date 07/17/2019

_____
Inmate Signature

Received

JUL 22 2019

Deputy Director
Health & Correctional Programs



Exhibit 14-2

IGTT430
3GD

Attachment VI

INMATE NAME: Starr, Willie J.          ADC #: 109194          GRIEVANCE#:VSM19-01605

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

This grievance is basically a duplicate of grievance #VSM19-01579. Please refer to that response.

Per policy, duplicates are without merit.

Director _____     Date ___8/29/19___



*(handwritten margin notes: "Exhibit I", "ISO-1 Cell #8 619", "160/19", "Chief of Security", "Security Major Straughn", "Majors B. Carroll", "I was in the Hole!")*

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

**Unit/Center** Varner Supel Max

**Name** Willie Starr

**ADC#** 109194 **Brks #** ISO #8 **Job Assignment** _____

FOR OFFICE USE ONLY
GRV # _____
Date Received: _____
GRV Code #: _____

06/**10**/19 (Date) STEP ONE: Informal Resolution *Need medical Shower Chair!* ISO-1 Cell-8

W.S. 14" (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: *It does me no good in this Cell, it has No way for me to Sit ad reach the Water Bottom...*

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature. If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how **you** were affected. (Please Print): *The Restrictive Housing HandBook States a personal hygiene Standards will be Strictly enforced as a rule. The A.D. 12-24 Supersedes 10-20 AR 839 punitive Segregation STATES, Shower's is afforded the opportunity to Shower a minimum of three times a week. It also States in Section 22 Cleanliness, that Iam expected to comply with policy Concerning personal Cleanliness OR Chief of Security may Order Steps to enforce Compliance. Failure to abide is grounds for disciplinary action. I have not had a Shower Sence the 10th 06/10/2019 due to Medical reason's: I have Back problems that's effecting my legs, I Can not Stand up without falling down; I need a Medical Shower Chair So I Can Sit ad Shower. My back has gone out ad my legs Won't hold up my Weight, I keep falling ad Iam afraid that Iam going to fall ad hurt myself Worse OR Break Something easy like a Wirst, Arm, OR my Neck. Iam to Heavy to keep falling on these old bone's, I Will Never Heal up...*

**Inmate Signature** Willie J Starr **Date** 06/**14**/2019

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on 15 June 19 (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: *Drowellen* Date 6/19/19

S81. Partler 81322 Sgt 1st 15 Jun 19

PRINT STAFF NAME (PROBLEM SOLVER) ID Number Staff Signature Date Received

Describe action taken to resolve complaint, including dates: *Your Information has been forwarded to the provider ISO that you may be evaluated for a Shower chair. Drowellen 6/19/19*

_____ Drowellen 6/19/19 *Ms. Black say I don't*

**Staff Signature & Date Returned** /20 **Inmate Signature & Date Received** *get a Shower Chair*

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center *Varner Unit* ISO-1

| FOR OFFICE USE ONLY |
|---|
| GRV. # |
| Date Received: |
| GRV. Code #: |

Name *Willie J Starr*   Cell-8   Medical 150 1/8

ADC# *109194*   Brks # *1-8*   Job Assignment

*6/18/19* (Date) STEP ONE: Informal Resolution *Refused and Denied Medical treatment.*

*6/20/19* (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: *Because Ms powell lies to me all the time and I dont believe her now; My back and*

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: *legs been Messed up Now Sience May the 20th and I have not gotten any medical treatment in 33 days Im hurting*

Is this Grievance concerning Medical or Mental Health Services? *YES* If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): *On 06/18/2019, I was getting up for Diabetic InSulin Shot. This is Between 1:00 Am and 3:00 Am, As I got up my left leg Went out again and I fail again; this time I busted Something in my leg and my Knee. And When I fail BackWard I felt Something Snap in my Back. Ms Wilson the nurse and Cpl. Robinson Witnessed the fall: I Went to Sick Call on 6/18/19 and I Saw a Nurse Lori Jones who asked Questions and a Ms Austin the ADON Who examen me and took my Blood pressure, Ms Austin Noticed Right off that my leg and Knee Were Both Swollen, Ms Jones Called the ADN Ms Bland and She Came back and Stated that Ms Bland Said that She Just Saw me On 06/10/19, Which She then refused me the Medical treatment that I Needed — See Grievance Written against her from that date: 6/10/2019, for refusing me the Medical treatment. Now On 06/18/2019 I am Carried to Sick Call by: Officer Burton and a Ms Gay Who Both Witness Ms Nurse Jones tell me that Ms Bland Stated that She Would not See me, and to take my Knee brace away and for me to put my leg up: This is the Second time She has denied me the Medical treatment I Needed and I also paid for 3.00 med Co-pay. So What am I paying all this Co-pay 3.00, But She Study denie me medical treatment?*

Inmate Signature *Willie J Starr #109194*   Date *06/18/2019*

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on *6-20-19* (date), and determined to be **Step One** and/or an Emergency Grievance
*NO* (Yes or No) This form was forwarded to medical or mental health? *YES* (Yes or No). If yes, name of the person in that department receiving this form: *Powell RN*   Date *10/20/19*

X *Sgt Garcia*   x *90475*   x *Sgt Garcia*   X *6-20-19*
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: *You have been referred to provider related to back pain, leg numbness and shower chair evaluation. You will be scheduled. Powell 10/20/19*

*Powell 6/21/19*   *Willie Starr*
Staff Signature & Date Returned   Inmate Signature & Date Received *6/20/2019*

This form was received on *6-20-19* (date), pursuant to **Step Two**. Is it an Emergency? *YES* (Yes or No).
Staff Who Received Step Two Grievance: X _____   Date X *6-20-19*

Action Taken: *JUN 24 2019*   (Forwarded to Grievance Officer/Warden(Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: AUG 27 2019

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.
Health & Correctional Programs



(Exhibit J-1)

IGTT420
3GH

Attachment IV

INMATE NAME: <u>Starr, Willie J.</u>   ADC #: <u>109194B</u>   GRIEVANCE #: <u>VSM19-01677</u>

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

<u>(601) Your 6/18/19 grievance has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you. You grieved on 6/18/19 Ms. Bland denied you medical treatment when you were seen in sick call.</u>
<u>Review of your record shows you were seen in sick call 6/18/19 and report called to Ms. Bland. Sick call nurse documentation supports Ms. Bland advised your knee brace if not in use and no current order should be confiscated and to educate you to elevate your leg. You were ordered naproxen per sick call protocol.</u>
<u>Providers are authorized to order what they deem medically appropriate therefore, your grievance is without merit.</u>

Received

AUG 27 2019

Deputy Director
Health & Correctional Programs

_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

Sondra L Parker          08/21/2019
_____       _____
Title                          Date

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below. Sandra L parker, I Received this response – Dated 9-21-19 on 09/23/19 Please do not delay my paper work

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? First of all your response talked of Knee brace, Not the topic of my Complaint. Refused are denied Medical treatment (is the reason) I am sliding around on a dirty Cell floor with two legs that Stop Working due to lack of Medical treatment. She denied me the Me[dic]al Treatment Now from 05/21/2019 to 08-24-2019. I have Witness who wou[ld] [s]e When the time Comes to Speak the truth. By you trying to make the topic a Knee bra[ce] [o]nly Shows me what you Care about my health, This grievance Said nothing about prev[i?] [b]eing Authorized to order what deem medically appropriate – So I am without merit. [H]ow do you Know – yes – you Know that I am back here in a Cell with two legs that do n[o]t [W]ork, I Suffer through the pain and all I've asked for is the medical treatmen[t] [I] am in need of. I didn't Want to become a Cripple, but I am afraid you'll have [?] [P]ushed me back for so long Now until they don't (Jump) (Shake) on (move[?])

so I does That means ... to life. But I will find out from the surgeon Who done my (4) back surgery. I need to see Doctor Barnard Crowell, even if I to late to help me walk again, Maybe he will go in and take all this IRON a screws out of my body and I'll have to a just to a Wheel Chair for my remaing years in this World. But if you'll Continue to show me this same deliberate I. Difference, it will all come out, I wont die    yet!!

ADC#: 109194    Date    08-23-2019

_(signature)_ Inmate Signature

(Exhibit 5-2)

Willie Starr 109154
Varner Unit (Vsm)
P.O. Box 600
Grady, Arkansas
    71644

Truck
Mail

Legal Mail

Deputy Director for Health and
Correctional program
~~Pine Bluff, Arkansas~~
P.O. Box 8707
Pine Bluff, Arkansas 71611

Truck
Mail

Legal Mail

Received

AUG 27 2019

Deputy Director
Health & Correctional Programs

Sign:
Date:

(ab)
emfs



IGTT430
3GD

Attachment VI

INMATE NAME: Starr, Willie J.          ADC #: 109194          GRIEVANCE#:VSM19-01677

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On June 19, 2019, you grieved APN Bland denied you treatment for your leg. You stated you fell on June 18, 2019 getting up for your insulin shot. You stated Nurse Wilson and Officer Robinson witnessed the fall and you went to sick call with Nurse Jones and Nurse Austin, who examined you. You stated Nurse Austin noticed your leg and knee were swollen and Nurse Jones contacted APN Bland. You stated she came back to inform you APN Bland stated she would not see you and for your knee brace to be taken. You also stated APN Bland told Nurse Jones that she had just seen you on June 10, 2019 and you could put your leg up. You stated this is not the first time APN Bland has denied you medical treatment.

The medical department responded, "Review of your record shows you were seen in sick call 6/18/19 and report called to Ms. Bland. Sick call nurse documentation supports Ms. Bland advised your knee brace if not in use and no current order should be confiscated and to educate you to elevate your leg. You were ordered naproxen per sick call protocol. Providers are authorized to order what they deem medically appropriate therefore, your grievance is without merit."

Your appeal states this response addresses your knee brace, not your complaint. You state being denied medical treatment is why you are sliding around on a dirty cell floor with two legs that do not work. You state you suffer through pain every day, you do not want to become crippled, and this is deliberate indifference. You state you need to see Dr. Crowell.

According to the grievance policy, an appeal cannot raise new or additional issues or complaints.

A review of your electronic medical record shows you were seen in sick call on June 18, 2019 concerning your fall. The nurse noted your complaints of back, left knee, and leg pain. She noted APN Bland was notified of the incident and she was educated on the swelling and hardness of your left lower extremity. The nurse noted APN Bland stated, "if he has his brace off and doesn't have a script, then it needs to be confiscated, also he can just go back to his cell block and prop his feet up, I just seen him last week." She noted she informed you of APN Bland's verbal orders, confiscating your brace and terminating your restriction.

Due to the nurse not following protocol, this appeal is with merit.

_With Merit_

_____                    _____
Director                                    Date   10/4/19

(Exhibit-K)

CB1/20

Return to DD

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _Varner Unit (VSM) 1-20_

Name _Willie Starr_

ADC# _109194_    Brks # _1_  cell _20_    Job Assignment

FOR OFFICE USE ONLY

GRV. # _VSM-19-01769_

Date Received: _7/5/19_

GRV. Code #: _600_

_07/01/19_ (Date) STEP ONE: Informal Resolution     _Medical Violated Right!_

_07/03/19_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Both times I Saw Dr Smith he promised me, X-Rays On My (leg) (Knee) and (Back) each time he lied_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one In which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature. If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _I Was never Seen (OR) talked to again!_

Is this Grievance concerning **Medical** or Mental Health Services? _____ If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _Ms. S. parker your response to my Request Shows me and prove my point (Ms Bland) has intentionally denied me medical atten- tion. She saw me that time On 06/01/19 and my leg and Knee and Foot Was all Swollen, She refused to examen me, then On 06/18/19 I saw Nurse Jons and The ADON, Ms Austin, They called ADN-Bland and informed her of the Swelling and told her that I needed to be Seen by the provider, Bland Stated that She Would not See me and that I needed to go back to cell and put my feet up. The(1) "NO indication for medical treatment; No indication for face to face" She has Shown me Nothing But Cruel and Unusual punishment, deny- ing me medical attention "maliciously and Sadistically" is no way for a person in her position is Supose to Conduct hers-It. It is Unprofessional that she be allowed to talke out old gruges in her proffesional Capacity its against the laws, and(2) She has Violated my Eighth Amendment Right to Medical treatment now for a period of (37) days of pain and Suffering; When She Should have given Medical treatment!_

_Willie J Starr #109194_        SEP 04 2019  _07/01/2019_
Inmate Signature                    Deputy Direc    Date

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _7-1-19_ (date), and determined to be **Step One** and/or an Emergency Grievance _NO_ (Yes or **No**). This form was forwarded to medical or mental health? _Yes_ (Yes or No). If yes, name of the person in that department receiving this form: _BOWELL_    Date _7/2/19_
_Sgt. GARCIA_        _90495_        _Sgt. Garcia_        _7-1-19_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature        Date Received
Describe action taken to resolve complaint, including dates: _You were Seen in Sick Call 6/18/19 and report called to Mrs Bland who deemed yno immediate Monster, visit necinary. You were Seen by Dr. Smith 6/21/19 who ordered me change in your plan of care. You were Seen by Dr. Smith 6/28/19 and indeerd flat-You are on the List, Bowell 7/2/19_ _Willie_

_Staff Signature & Date Returned BOWELL 7/2/19_      Inmate Signature & Date Received _07/03/19_
This form was received on _____ (date), pursuant to **Step Two.** Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _SGt Primus_        Date: _7-1-19_
Action Taken: _____ (Forwarded to Grievance Officer (Warden) Other) Date: _____
If forwarded, provide name of person receiving this form: _BOWELL 9/4_   Date: _____
VARNER UNIT GRIEVANCE

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

*Exhibit - K-1*

IGTT420
3GH

Attachment IV

INMATE NAME:  Starr, Willie J.          ADC #:  109194B          GRIEVANCE #:  VSM19-01769

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(601) Your 6/25/19 grievance has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you. You grieved Ms. Bland denied you medical attention 6/10/19 and 6/18/19. Your concerns were previously address in grievance VSM19-01605 for your 6/10/19 provider encounter and VSM19-01677 for your 6/18/19 encounter. You are encouraged to review those grievance responses.

You note on your step 2 that Dr. Smith promised you x-rays on your 6/21/19 and 6/28/19 encounters and he lied. Dr. Smith denies your allegations and there is no documentation to support a plan to order x-rays.

Your complaint related to 6/10/19 and 6/18/19 were previously supported and your allegation Dr. Smith promised you x-rays and lied to you is not supported therefore, your grievance is without merit.

Received

SEP 0 4 2019

Deputy Director
Health & Correctional Programs

*Sondra Parker* (signature)

| Signature of Health Services Administrator/Mental Health Supervisor or Designee | Sondra L Parker | 08/23/2019 |
|---|---|---|
| | Title | Date |

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? I don't Under Stand Why he Would Just lie for no reason. Officer Sgt. Jone and others Wittness him Say he Would order Me X-Rays; I Never Would have believed in a Million years that I Would have to do this with an Doctor / But Today-08/30/19, officer Eor M. Cpl. and two Other Officks Took me to Dr Visit to See Dr. Smith Who has Now found that my Complaints Was With lot of Merit (PeOple) please Under Stand that Iam Seeking Medical attention Nothing More Or less. I Want the Pain to Stop and give Me Some Kind of life Back here, - except laying here hurting every day When its Not Necessary OR Making any Medical Sence to Make Me lay here Suffering all these

(Eb)

passed / Months Just To bring Ms. Bland Joy. She in no longer
Medically Stabilized When it Come's to Me, her hate for me is to very
Strong. She is poisoning all New Doctors and Norse's against me. On 8-30-19 I
heard Dr Smith and Nurse Jones Whisper to Cpl. M. Taylor Did he think I was faking
it and that I Could ~~walk~~ Walk? I was so angry that they Would think Someth,'
So stupid. He Knew I was not faking; Then Dr Smith and nurse Jones Both Said
Well Bland think your faking.

ADC#: 109194

Inmate Signature: _[signature]_

Date: 08/30/2019

(Exhibit K-2)

Received

SEP 04 2019

Deputy Director
Health & Correctional Programs

(b/7)



IGTT430
3GD

Attachment VI

INMATE NAME: Starr, Willie J.          ADC #: 109194          GRIEVANCE#:VSM19-01769

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On July 1, 2019, you grieved APN Bland denied you medical attention on June 10, 2019 and June 18, 2019.

The medical department responded, "Your concerns were previously address in grievance VSM19-01605 for your 6/10/19 provider encounter and VSM19-01677 for your 6/18/19 encounter. You are encouraged to review those grievance responses. You note on your step 2 that Dr. Smith promised you x-rays on your 6/21/19 and 6/28/19 encounters and he lied. Dr. Smith denies your allegations and there is no documentation to support a plan to order x-rays. Your complaint related to 6/10/19 and 6/18/19 were previously supported and your allegation Dr. Smith promised you x-rays and lied to you is not supported therefore, your grievance is without merit."

Your appeal states you do not understand why he would lie for no reason. You state Officer Jones and others witnessed him say he would order x-rays. You state you were taken today, August 30, 2019, to see Dr. Smith by Officer Taylor and two other officers. You state you are seeking medical attention to stop the pain you are in. You state APN Bland is turning other doctors and nurses against you as you heard Dr. Smith and Nurse Jones asking Officer Taylor if he thought you were faking.

According to the grievance policy, an inmate has 15 days after the occurrence of an incident to file a grievance. You submitted your Step One Informal Resolution past the allotted time to grieve the June 10, 2019 encounter; therefore, it will not be addressed.

Your June 18, 2019 encounter was addressed in grievance #VSM19-01677. Please refer to that response.

This appeal is without merit.

Director _____     Date _____ 10/15/19 _____

*Health and Safty*

*Return* ?

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _Varner Unit - VSM_

Name _Willie J. Starr_

FOR OFFICE USE ONLY

GRV. # _VSM-19-01785_

Date Received: _7-5-19_

GRV. Code #: _800_ _717_

ADC# _109194_   Brks # _1/20_   Job Assignment _RU_

_07/04/19_ (Date) STEP ONE: Informal Resolution _Please Ship me to a handicapped Unit Until my Back and leg's are held Fix by Surgery - Please!_

_07/03/19_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _I got no responce then any one of these Figur Head's, I don't Know Why all I Want_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of serious nature. If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _is Some Medical attention Before its to late and I am Crippled for life..._

Is this Grievance concerning Medical or Mental Health Services? ____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _This Concern's my Health and Safety I have (NOT) had a Shower Since 05/24/2019. That 37 day's now due to a Back Injury Sever, I've been on I'Bk Call/20 I've been trying to Figure out a way to Shows it But there is (NO Way) in my Condition, Neighter they, nor... back due to this (Injury to my Back, I've took Sumthin in my shoulder Strateing to lift my Weight with my Back and Cut again. Lagain and again. I need a handicapped Unit Until I get the proper Medical attention, I Need to see the Surgeon Who done my Back Surgeries get her it's so late and I'm permanently Crippled to Save Money! Doctor Bernard Crowell Please Before its to late... I don't want to become a Cripple to Save money..._

_To All Warden's Departments Heads! To the Classification Committee members! To VSM Building Major and Captain's! My leg's and Back don't Work I need help!_

Inmate Signature _Willie J. Starr #109194_   Date _07/01/2019_

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance ____ (Yes or No). This form was forwarded to medical or mental health? ____ (Yes or No). If yes, name of the person in that department receiving this form: _____   Date _____

_____   _____   _____   **RECEIVED** Date Received _____
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature

**RECEIVED**

Describe action taken to resolve complaint, including **dates**: _____

AUG 06 2019   _No Response!_   AUG 06 2019

INMATE GRIEVANCES SUPERVISOR

_Willie J Starr_ INMATE GRIEVANCES SUPERVISOR

Staff Signature _DOWN/STATE ROAD BUILDING_   ADMINISTRATION BUILDING
Inmate Signature & Date Received _07/03/2019_

this form was received on _____ (date), pursuant to **Step Two** Is it an Emergency? ____ (Yes or No).
Staff Who Received Step Two Grievance: X_____   Date: X_____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____   Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT410
3GS CB/1/20

Attachment III

INMATE NAME: Starr, Willie J.          ADC #: 109194B          GRIEVANCE #: VSM19-01785

*(handwritten vertical left margin: Exhibit (A-1))*

### WARDEN/CENTER SUPERVISOR'S DECISION

Inmate Starr you state "This concerns my health and safety; I have (NOT) had a shower since 05/24/2019. That's 37 days now due to a back injury! Sence Ive been in (1) bk cell (20) Ive been trying to flgure out a way to shower, but there is (NO WAY) in my condition: Neihter of my legs work due to this last injury to my back, Ive tore something in my shoulder straining to lift my weight into my bunk and out again and again and again. I need to a handicapped unit until I get the proper medical attention, I need to see the surgeon who done my back surgeries before it is to late and In permanently crippled to save money!!" Doctor Bernard Crowell", Please, before it is to late...I don't want to become a cripple to save money...TO ALL WARDEN'S DEPARTMENTS HEADS! TO THE CLASSIFICATION COMMITTEE MEMBERS/TO. VSM BUILDING MAJOR'S AND CAPTAIN'S. MY LEG'S AND BACK DON'T WORK. I NEED HELP"!

You are in a single man cell with a shower. You also have a walker that helps you get around and assist you with your daily functions. All of your medical concerns should be addressed to medical. Therefore, I find this issue without merit.

**RECEIVED**

**AUG 06 2019**

_____          _____          _____
Signature of Warden/Supervisor or Designee          Title          Date  7/30/19

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? Iam in a cell with a Shower that I Can not reach (I Can't walk), (I Can not Stand) my legs don't work. This Walker is no good to me, a Walker is only good for help to a person who Can walk (OR) Stand up! The Walker Can't help me get around if my legs don't work, ad my daily functions is getting No assist from this Walker, Iam having to Slide on my Butt with the help of my hands. Also Medical has Nothing to do with "Handicapped Cells" and I need a "handicapped cell", "I Can't Stand ad I Can't Walk, So how Can I Shower at a Shower I Can't possibly reach from the floor? I Can't Stand/Walk you'll Know I Can't Walk ad you Still treat me as if I Can, I writh (1) Request for Interview letting you'll Know this, so no Sir your dead wrong in your responce, I need a

ADC#: 109194     Date 08/01/2019

Inmate Signature  Willie J. starr  #109194

Handicapped Cell to acommodate my Handicapped Condition!

IGTT410                                        Page 1 of 1

Exhibit L-2

IGTT430
3GD

Attachment VI

INMATE NAME: Starr, Willie J.          ADC #: 109194          GRIEVANCE#:VSM19-01785

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On 07/01/2019, you stated the following complaint: "This concerns my health and safety; I have (NOT) had a shower since 05/24/2019. That's 37 days now due to a back injury! Sence Ive been in (1) bk cell (20) Ive been trying to fIgure out a way to shower, but there is (NO WAY) in my condition: Neihter of my legs work due to this last injury to my back, Ive tore something in my shoulder straining to lift my weight into my bunk and out again and again and again. I need to a handicapped unit until I get the proper medical attention, I need to see the surgeon who done my back surgeries before it is to late and In permanently crippled to save money!!" Doctor Bernard Crowell", Please, before it is to late...I don't want to become a cripple to save money...TO ALL WARDEN'S DEPARTMENTS HEADS! TO THE CLASSIFICATION COMMITTEE MEMBERS/TO. VSM BUILDING MAJOR'S AND CAPTAIN'S. MY LEG'S AND BACK DON'T WORK. I NEED HELP"!

The Warden responded to your grievance on 07/30/2019 by stating the following: "You are in a single man cell with a shower. You also have a walker that helps you get around and assist you with your daily functions. All of your medical concerns should be addressed to medical. Therefore, I find this issue without merit."

Your appeal was received on 08/06/2019. After review of your appeal and supporting documentation, I find that I concur with the Warden's decision. Your appeal is without merit.

Appeal denied.

_____          _____
Director                                        Date   8-14-19



*Communication Date: 10-16-2019*

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

**Unit/Center** _Varner Unit - VSM 1-20_

**Name** _Willie Smit_

**ADC#** _109174_ **Brks #** _/ 80_ **Job Assignment** _____

<table>
<tr><td colspan="2">FOR OFFICE USE ONLY</td></tr>
<tr><td>GRV. #</td><td>15-01769</td></tr>
<tr><td>Date Received:</td><td>07-05-2019</td></tr>
<tr><td>GRV. Code #:</td><td>600</td></tr>
</table>

_07/01/19_ (Date) STEP ONE: Informal Resolution

_07/03/19_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)

If the issue was not resolved during Step One, state why: _Both time's I Saw Dr Smith he promised me X-Rays On My leg (Knee) and Back) each time he lied_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _I Was never Seen (oR) talked to again!_

_Medical Violated Right!_

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _Ms S. Parker your Response to My Request Shows me and prove my point, (Ms Bland) has intentionally denied me medical attention. She said me that She could prove My leg and Knee was hurt she would still Swollen She refused to examine me, than on 6/21/19 I Saw ● Nurse Jon and the HDN Mr Austin. they Called APN-Bland and informed her of the Swelling and told her that I needed to be Seen by the provider, Bland Stated that She would not See me and that I needed to ● actually I ● put my Setup up. The "NO indication for Medical treatment" No indication for face to face She has Shown me nothing but Crueland, unless I punishment denying me medical attention Maliciously and Sadistically "is no way for a person in her position is Suppose to Conduct hers-if. It is unprofessional that She be allowed to take out old drug's in her proffession' Capacity it's against the law's as She has Violated my Eighth Amendment Right to Medical treatment now for a period of (37) days of pain and Suffering; when She should have given Medical treatment!_

_Willie J Star #109174_ **Date** _07/01/2019_

Inmate Signature

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _7-1-19_ (date), and determined to be **Step One** and/or an Emergency Grievance _No_ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_____ _Los_ _45_ _H. Conula_ _7-1-19_
PRINT STAFF NAME (PROBLEM SOLVER) | ID Number | Staff Signature | Date Received

Describe action taken to resolve complaint, including **dates:**

_No ResPonce!_

_Willie J Star_ _07/03/2019_

Staff Signature & Date Returned | Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two** Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance ✗ _____ Date ✗ _7-6-19_

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

(Exhibit-M-1)

IGTT405
3GT

Attachment V

## ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  Starr, Willie J.          ADC #: 109194B
FROM: Griffin, Rory L               TITLE: Dep Dir for Hlth and Corr Svc
RE: Receipt of Grievance  VSM19-01769  DATE: 09/04/2019

Please be advised, the appeal of your grievance dated
07/01/2019
was received in my office on this date  09/04/2019

**You will receive communication from this office regarding this Grievance by**  10/16/2019

- ☞ The time allowed for appeal has expired
- ☞ The matter is non-grievable and does not involve retaliation:
    - ☐ (a) Parole and/or Release matter
    - ☐ (b) Transfer
    - ☐ (c) Job Assignment unrelated to medical restriction
    - ☐ (d) Disciplinary matter
    - ☐ (e) Matter beyond the Department's control and/or matter of State/Federal law
    - ☐ (f) Involves an anticipated event
- ☞ You did not send all the proper Attachments:
    - ☐ (a) Unit Level Grievance Form (Attachment 1)
    - ☐ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    - ☐ (c) Did not give reason for disagreement in space provided for appeal
    - ☐ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    - ☐ (e) Unsanitary form(s) or documents received
    - ☐ (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

*Never Answered*

*Grievance by Date: 10-16-2019*

Communication Date: 10-07-2019

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center _Varner Unit (VSM)_

Name _Willie Starr J_

ADC# _109104_  Brks # _1-20_  Job Assignment _____

FOR OFFICE USE ONLY

GRV.# VU-19-01925

Date Received: 10-22-2019

GRV. Code #: _____

_7/16/19_ (Date) STEP ONE: Informal Resolution

_07/18/2019_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental **BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _How is it that the ADN-M blood has CO-_ _My Insulin dose for the Second time and not even tell me? Both times I had_ _to ask the Nurses, Why they action to my dosage and they would say "Oh he didn't_ _tell you that he had raised it? Now that unprofessional audits also_ _playing with my life, the Nurses all say that she is Suppose to_ _tell me when there is a change made to my Insulin dosage!!_ _There is a pattern to her abusive behavior toward me and it has gotten_ _worse, it's not just taking stuff now, she is playing with my life. Even the Nurses all_ _say they see No Need to up raise my dosage, my Blood Sugar has Stayed under a_ _12+ in the mornings; Now at Evening I don't eat 2 full meals in expect_ _it to be 220 at most. She should still have told me, not just have but-_ _ing it without my knowledge of what going on..._

Inmate Signature _Willie J Starr_          Date _07-16-2019_

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

PRINT STAFF NAME (PROBLEM SOLVER) _____  ID Number _____  Staff Signature _____  Date Received _7/1/19_

Describe action taken to resolve complaint, including **dates:**

_No Response!_

Staff Signature & Date Returned _____    Inmate Signature & Date Received _07/10/2019_

This form was received on _____ (date), pursuant to **Step Two.** Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

601

FOR OFFICE USE ONLY

Unit/Center _Varner Unit - (VSM)_

GRV. # _VSM19-01925_

Name _Willie J. Stirr_

Date Received _19 JUL 19_

ADC # _109194_  Brks # _1-20_  Job Assignment _____

GRV. Code #: _600_

A/2

_7/17/2019_ (Date) STEP ONE: Informal Resolution

_7/19/19_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I need to get off the floor, I (1) Can not Keep Sliding across this floor, I need a Wheel Chair to get to and fro the toilet_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _Also to get My Meals, to reach my Sink and Please Under Stand I am a Human being Not an animal. Please let me Use a Wheel Chair._

Is this Grievance concerning (Medical) or Mental Health Services? _yes_ If yes, circle one: (medical) or mental (Pleas_

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _As of May - 05-27-19 The Medical Staff (or) provider has treated me as an Wounded Animal; I hurt my Back on 5-21-19 After that I was refused Medical treatment; Medical Chair to help me Shower. I have not had a Shower in Over (59) days Because I Can not walk, or Stand up period; Now after falling over on a Walker More then (15-times) hurting myself Over and Over again. On 07-15-19 I fall over on the Walker and Bent one of the legs/Wheels. Tuesday Medical Came and took it away; I asked for a Wheel Chair to get a-round in My Cell, The Nurse Lpn Ms Jone Said Maybe. I am left in a Cell with a Shower I Can't Use, I Can't reach it, I have to slide on My Butt dragging My legs to get My food tray, eat, With nasty hands Cause I Can't reach this Sink. My Bed Covers are Filthy from me Sliding Myself across the floor; Now picture yourself trying to pull up 250 pounds of dead Weight up on the Toilet to take a Shit (oops) you don't make it all you Shit your self? you people have me living like an animal With a Broke Back!, you'll have Broken every Constitutional laws there is to Mankind but you'll don't ConCider me a human do you? I Need a Wheel Chair for Starters!!_

_Willie J. Stirr_  AUG 27 2019  _07-17-2019_

Inmate Signature                                    Date

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name _Howell_ Date _7/18/19_
of the person in that department receiving this form: _____

_SA Pittman_  _7600_  _S.A. Pittman_  _7/18/19_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: _You were seen by medical
when 7/16/19 for your medical complaints (related to
stated fall. You were ordered on proken 58lmg and ordered xrays
You have been referred to be followed up on xray Results given_

_Howell 7/18/19_           _Willie J. Stirr_  _7/19/2019_  _7/8/19_
Staff Signature & Date Returned              Inmate Signature & Date Received

This form was received on _____ (date), pursuant to (Step Two.) Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _SA Diggis_   Date: _7-7-19_
Action Taken: _JUL 22 2019_   (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _Howell 7/23/19_   Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

**Unit/Center** _Varner Unit - V___

**Name** _Willie J. Sturr___

**ADC #** _109194_  **Brks #** _1-20_  **Job Assignment** _____

FOR OFFICE USE ONLY
GRV. # _VSM 19-01925_
Date Received: _7-22-2019_
GRV. Code #: _600_
Medical Code

_7/17/2019_ (Date) STEP ONE: Informal Resolution

_7/19/19_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _It don't change, the feet that I Need a WheelChair, not a Walker. A Walker_
_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will then the attached emergency receipt. In an Emergency, state why: _is for a person Who Can Walk, I Can NOT Walk - I Can't even Stand up, My legs dont Work)____

Is this Grievance concerning Medical or Mental Health Services? _✓_ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _As of May -05-27-19 The Medical Stuff no provider has treated me as an Wounded Animal; I hurt my Back on 5-21-19 After that I was refused Medical Treatment; Medical Chair to help me Shower. I have not had a Shower in Over (59) days Because I cannot Walk; or Stand up period; Now after falling over on a Walker more then (15-time) hurting mySelf Over and Over again. On 07-15-19 I fail over on the Walker and Bent one of the leg Wheels. Tuesday Medical Came and took it away; I asked for a WheelChair to get a-round in my Cell, The Nurse Lpn Ms Jone Said Maybe, I am left in a Cell With a Shower I Cant Use, I Cant reach it I have to Slide on my Butt dragging my leg to get my food tray, eat with nasty hand Cause I Cant reach the Sink. My Bed Covers are Filthy from me Sliding my Self Across the floor; Now picture yourSelf trying to pull up 250 pounds of dead Weight up on the Toilet to take a Shit(opps) (od dont make it and you Shit your Self? you people have me living like an Animal With a Broke Back!, you'll have Broken every ConStitutional laws there is to ManKind but you'll don't ConCerder me a human do you? I Need a WheelChair for Starters!!_

_Willie J Sturr_ _07-17-2019_
Inmate Signature  AUG 27 2019  Received  Date

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance ____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_J Phillips_  _Lucia_  _J Phillips_  _7-18-19_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: _____

_(Original) Sgt. Brother's took it to Step two_
_On 07/22/2019  I Signed Willie Sturr_
Staff Signature & Date Returned  Inmate Signature & Date Received _07/19/2019_

This form was received on _____ (date), pursuant to Step Two, Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

_Y/C T.T._

(Exhibit 0-2)

IGTT420
3GH

Attachment IV

INMATE NAME: Starr, Willie J.          ADC #: 1091948          GRIEVANCE #: VSM19-01925

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(601 ) Your 7/17/19 grievance has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you. You grieved on 7/15/19 you fell and bent a leg/wheel on your walker. You state medical staff came and took your walker and you requested a wheelchair, which you were denied.

Review of your record shows you were seen by medical staff 7/16/19 for complaints of back pain and not being able to walk. Report was called to Dr. Smith and orders given for naproxen 220mg and L-spine x-rays. You were seen by Dr. Smith 7/19/19 and Dr. Smith discussed x-ray results and noted no indication for wheelchair. On 7/25/19 Dr. Smith ordered for you to have a regular walker which you were issued.

Due to the delay in you being without an assisting device, your grievance is with merit but resolved when you were issued the regular walker as ordered.

*How Can it be reSolved When I Can not* ~~AUG 2 7 2019~~ *Walk (OR) Use a Walker?*

Received
AUG 2 7 2019
Deputy Director
Health & Correctional Programs

*Sondra Parker*

Signature of Health Services Administrator/Mental Health Supervisor or Designee

Sondra L Parker        08/19/2019
Title          Date

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

*NO-NO-NO, you Can not reSolve a*

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? *Medical problem, if the doctor or provider don't really Under Stand What's Wrong. The problem is Medical in looking at me with their minds Closed, and they are not following the rules of the distributor, I are not Surpose to ride on the Walker, I learned my lesson and have the busted Knee and Scared legs to prove they are right. "Now" lets talk about (I)(Can)(not) Walk (OR) Even Stand up my legs Won't do anything at all (ch) Some times the be Jumping from the Diabetic Nerve pain. As of 05-20-2019, To Now I have Sti not had a Shower. The Walker is No good to a person Who Can not Walk. pain med U'll not help me Walk, We got to find out Why my legs quite Working, That Mean an MRI and it Will Show the Surgeon Where the problem is he Can fix me up, and all Will be blessed and happy. But as for Now Iam a(55) year old*

Black Man and them Need Medical Staff Would
rather See me Slide to get Insulin Shot, pill Call, to get my tray of Food. I
know I don't mean anything to the Medical Staff. The provider Ms. Bland has blor
nothing for me Sence I came to Varner in 2016, it's an old grudge and it may take a
Judge (or) Jury to make her See the Medical biss as a Bisyness and Not as a way to ho
(or) punish an Old Black Man. She need to Fi,
Act way back and Act like a Doctor.

ADC#: 109194    Date 08/20/2019

_Millie L. Stew_
Inmate Signature

Received

AUG 2 7 2019

Deputy Director
Health & Correctional Programs

(Exhibit O-3)

IGTT430
3GD

Attachment VI

(Exhibit-O-4)

INMATE NAME: Starr, Willie J.      ADC #: 109194      GRIEVANCE#:VSM19-01925

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On July 17, 2019, you grieved you need a wheelchair. You stated you have not had a shower in over 59 days because you cannot walk and you fell over your walker on July 15, 2019, bending one of the legs/wheels. You stated medical took it away on Tuesday, so you asked for a wheelchair and Nurse Jones said maybe. You stated you are forced to slide on your butt around your cell, unable to shower or get yourself on to the toilet.

The medical department responded, "Review of your record shows you were seen by medical staff 7/16/19 for complaints of back pain and not being able to walk. Report was called to Dr. Smith and orders given for naproxen 220mg and L-spine x-rays. You were seen by Dr. Smith 7/19/19 and Dr. Smith discussed x-ray results and noted no indication for wheelchair. On 7/25/19 Dr. Smith ordered for you to have a regular walker which you were issued. Due to the delay in you being without an assisting device, your grievance is with merit but resolved when you were issued the regular walker as ordered."

Your appeal states you cannot walk or stand up, so the walker does not help. You state you still have not had a shower and pain medications will not help you walk. You state an MRI will show what is wrong so a surgeon can fix it.

According to the grievance policy, an appeal cannot raise new or additional issues or complaints.

The medical department's response is upheld and this appeal is without merit.

_____      _____
Director                              Date   10/2/19

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _Varner Unit (VSM)_

| | FOR OFFICE USE ONLY |
|---|---|
| | GRV. # _VSm 19-0205_ |
| | Date Received: _8-2-19_ |
| | GRV. Code #: _680_ |

Name _Willie Starr_

ADC# _109194_   Brks # _1-20_   Job Assignment _P/U_

_07/25/19_ (Date) STEP ONE: Informal Resolution _I Need to See off Site location provider!_

_07/29/2019_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Please this pain is un-_
_bearable there is little his Cause lots of Swelling in leg (Knee and Foot)_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _Please let me See a Off Site provider_
_because Mr Smith + Estella Bland is Still refusing me proper Medical Care._
Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _08-29-19 Mr Smith brung me a old walker_
_I tried it three times, fell twice. Whats So hard to Under Stand? My legs Wont do_
_what I tell them, I have not been able to make my legs move. Since My fall On_
_06-18-2019. This is Why I Started to push myself around on the 14 wheeled Walker. and I_
_took about it fall because my leg won't work. I've tried everything I Can think of_
_an Nothing Make my legs Work. Some times they Just go to hurting and bad then they_
_go to Jumping the Nerves on their own. Mr Smith and Estella Bland Wants me to_
_produce a miracle (?) they say they will take away the Gabapinton I take for this_
_Neuropathy pain in my hands and Feet. Well if it gets me to See the Neuro Surgeon_
_Now because they forced me to try a Walker again the falls has Caused my left leg_
_or Knee to Swell up again and I bust up my right Knee Cap. it Seem to have Some_
_Fluid building around it. Estella Bland and Mr Smith do not has not Will not_
_take my Health problems Serious. They would only X-Ray my Back after (2) months_
_of Complaining from me to Infirmary and Grievances. Still they give No Medical atten-_
_tion to my Swollen (leg)(Knee) or (Foot) They Been Swollen Since 6-18-19 When APRN Ms_
_Austin Examen me and told them I needed to see the provider Ms Bland Said No She Would_
_Not See me. Willie J Starr_

Inmate Signature _Willie J Starr_   Date _07/25/2019_

_If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health _received_ _____ (Yes or No). If yes, name of the person in that department receiving this form: _____   Date _____

_____   _____   _SEP 23 2019_   _____
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**:   _Deputy Director_
_Health & Correctional Programs_

_No response!_

Staff Signature & Date Returned                    Inmate Signature & Date Received _07-29-2019_

This form was received on _7.30.19_ (date), pursuant to **Step Two**. Is it an Emergency? _N_ (Yes or No).
Staff Who Received Step Two Grievance: _Kennedy_   Date: _7.30.19_
Action Taken: _AUG 2 2019_   (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _Powell 8/6/19_   Date: _____

_VARNER UNIT GRIEVANCE_ **CANARY & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

*Exhibit P-1)* (handwritten, left margin vertical)

IGTT420
3GH

Attachment IV

INMATE NAME: <u>Starr, Willie J.</u>     ADC #: <u>109194B</u>     GRIEVANCE #: <u>VSM19-02052</u>

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(601) Your grievance from 07/25/19 was received and reviewed as well as your medical record to determine if medically necessary healthcare, as determined by your healthcare providers, has been provided to you. You grieved on 7/24/19 Dr. Smith brought you a push walker and you tried it and fell. You state your legs will not do what you tell them to.
Review of your record shows you were seen by Dr. Smith 6/28/19 and he noted, "On physical exam the patient is able to move his lower extremities and recoils when I palpated his lower left ankle. He later said that it was numb and he only thought it was painful because he could see me touch it.The left lower extremity is edematous on exam. Does appear to be painful to deep palpation though not with dorsiflexion of the ankle joint. Patient has a good muscular development below the waist. It is difficult to determine the patient's pathology given his inconsistent history of present illness. He appears to have multiple musculoskeletal complaints chronic lower back pain chronic shoulder pain. Though he states that he cannot move his legs nor feel them, he demonstrates both motor and sensory functions and bilateral lower extremities. The left lower extremity is genuinely edematous with pain on palpation compared the right. Collect CMP for further evaluation and direction concerning this patient no acute concerns." Your lab was completed 7/18/19. You were seen by Dr. Smith 7/19/19 and he noted, "X ray review, evaluation for wheelchair. no change in PE pt leg remain well developed and motor and sensory functions are intact on PE Pt states recent fall as the reason he now needs a wheelchair, no physical limitation requiring a wheelchair is noted in the imaging or physical exam. X ray discussed with PT (no acute or unstable findings). Hemorrhoid cream. evaluate pt for wheelchair at next cc/physical exam. no FU needed at this time." Dr. Smith entered a note 7/25/19 and ordered you a regular walker and noted to consider reducing or discontinuing gabapentin should you continue to fall.
Providers are authorized to order what they deem medically appropriate based on their clinical findings therefore, your grievance is without merit.

*lie —* (handwritten note in margin pointing to text)
*thats a* (handwritten note in right margin)

*Sondra Parker* (signature)

SEP 2 5 2019
Deputy Director
Health & Correctional Programs

---

Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

Sondra L Parker
Title

09/16/2019
Date

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? *The first time I Met Dr. Smith was right after APN Bland told LPN Jones on the phone that She would not see me again in that was 06/18/2019, I seen Doctor Smith on 06/21/2019, At this time Dr Smith Never examen me, he only set behind the desh and looked at me an talked very little. I asked Questions that he didn't seem to want to answer (or) couldn't answer, Anyway at the end of our vist Dr. Smith had made me some promises that he never kept, the next*

time I saw the doctor the last time other to Transport center, the Prison the doctor to my cell for a doctor's visit. On this visit Dr. Smith did not examine me, he only stood and looked at me, He did touch my left knee and I jumped in reaction to the pain I had expected. The doctor promised me X-Rays for my knee, leg, and Back, Also he promised me something to help me with hard Stool Constipation. I got nothing at all not even my Hemorrhoid Cream. The Next Dr. Visit was 07-08-2019 I seen Apn Bland who refuse to touch me, there was no examination and None of my questions was answered by her, So I Said what did you come down here for if you wasn't going to give me any Medical treatment? She Just Smiled So I Said Ms Bland your low down, She laughed at me and She Said At least I Can walk and then I Started to Say Something But Officer Cpl. M. Taylor told me to not Say anything; Just write it up(do) thats what I done. She then Said take him out of here I am through with him. As far as Dr. Smith goes, he never examined me Because as He and Apn Bland told us, They figured I was faking because Ms Bland Said I probly was faking. So Dr Smith Never gave me any Medical attention, he was very indifferent to my Condition. As far as his Statement about patient has good muscular development below the waist. At the time he was looking at me, I was Swollen up and he couldn't tell any thing positive about my lower Body. I am Skin and Bone I have none of What he has described, and My Legs Still won't move I Can't Stand OR walk. To this day Neigh Ms. Bland OR Dr Smith has Shown any interest in my health OR well being, I dont feel him for the pas, But I do held him responsible for what happens to me in the Very Near Future, I Need Doctors Care and I Need it t, End

ADC#: 109194

Date 09/18/2019

Inmate Signature Willie J Stone #109194

(Exhibit D-2)

Received
SEP 2 3 2019
Deputy Director
Health & Correctional Programs

IGTT430
3GD

Attachment VI



INMATE NAME: Starr, Willie J.       ADC #: 109194       GRIEVANCE#:VSM19-02052

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On July 25, 2019, you submitted an Informal Resolution stating Dr. Smith brought you a push walker on July 24, 2019. You stated you have tried it three times and failed as your legs will not do what you tell them. You stated you started to push yourself on the four wheeled walker and you have fallen about 18 times. You stated Dr. Smith and APN Bland want to take away your Gabapentin and the falls have caused your knee to swell again. You stated you busted up your right kneecap which seems to have fluid building around it. You stated APN Bland and Dr. Smith will not take your health problems seriously.

The medical department responded, "Review of your record shows you were seen by Dr. Smith 6/28/19 and he noted, "On physical exam the patient is able to move his lower extremities and recoils when I palpated his lower left ankle. He later said that it was numb and he only thought it was painful because he could see me touch it.The left lower extremity is edematous on exam. Does appear to be painful to deep palpation though not with dorsiflexion of the ankle joint. Patient has a good muscular development below the waist. It is difficult to determine the patient's pathology given his inconsistent history of present illness. He appears to have multiple musculoskeletal complaints chronic lower back pain chronic shoulder pain. Though he states that he cannot move his legs nor feel them, he demonstrates both motor and sensory functions and bilateral lower extremities. The left lower extremity is genuinely edematous with pain on palpation compared the right. Collect CMP for further evaluation and direction concerning this patient no acute concerns." Your lab was completed 7/18/19. You were seen by Dr. Smith 7/19/19 and he noted, "X ray review, evaluation for wheelchair. no change in PE pt leg remain well developed and motor and sensory functions are intact on PE. Pt states recent fall as the reason he now needs a wheelchair. no physical limitation requiring a wheelchair is noted in the imaging or physical exam. X ray discussed with PT (no acute or unstable findings). Hemorrhoid cream. evaluate pt for wheelchair at next cc/physical exam. no FU needed at this time." Dr. Smith entered a note 7/25/19 and ordered you a regular walker and noted to consider reducing or discontinuing gabapentin should you continue to fall. Providers are authorized to order what they deem medically appropriate based on their clinical findings therefore, your grievance is without merit."

Your appeal states Dr. Smith made promises to you that he did not keep. You state Dr. Smith and APN Bland never examined you.

According to the grievance policy, an appeal cannot raise new or additional issues or complaints.

The medical department's response is upheld and this appeal is without merit.

_____          _____
Director                                    Date    11/1/19

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _Varner Unit_

Name _Willie J. Starr_

ADC# _109194_ Brks # _1-20_ Job Assignment _____

FOR OFFICE USE ONLY
GRV. #  VSM 19-02051
'19 AUG -1 AM 8:03
Date Received: 8-5-19
GRV. Code #: 600

_07/31/2019_ (Date) STEP ONE: Informal Resolution _Medical Discrimination against my Disability!_

_08/03/19_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Because They are not Under-Standing that I Cant Stand(or) Walk. I've been Sliding around this Cell on my hands and Butt_
_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _Climbing up on the toilet with help from Books in a bag; These people don't Care Nothing about an Old Black man Suffering in pain_
Is this Grievance concerning Medical or Mental Health Services? _yes_ If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _The AD 12-09 Act 98 of 2011 Clearly States The facilities shall Comply with the handicapped Accessibility Standards developed by Arkansas Building Authority, inmates with Disabilities who have a physical or mental Impairment that substantially limits one (or) more of the Major life activities, the impairment that limits one Major life activity is considered a disability; Major life Activities -① Caring for one Self ② performing Manual tasks, ③ walking ④ seeing ⑤ hearing ⑥ eating ⑦ sleeping, ⑧ standing ⑨ lifting ⑩ Concentrating ⑪ working. I Can not Stand (OR) walk (OR) lift anything up. If an inmate establishes he's been Subjected to an Action prohibited under this policy because of actual physical impairment Whether or not the impairment limits a Major life activity. Reasonable Accommodation that enables inmate with disabilities to Care for self, enjoy an equal opportunity to watch TV programs. This May include Medi-Cal Modifications as proven Necessary by appropriate Medical together with Department personnel. I Need a Wheel Chair, a walker is of no use to me I Cant even Stand up let alone walk, I need medical treatment but I have not gotten any in (72 days) So I Guess I wont be getting any real Medical attention! I need the Wheel Chair..._

_Willie J Starr_ 07-31-2019
Inmate Signature ——— Date

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _R Owell_ Date _8/1/9_

_Sgt Putman_ _2H04_ _Sgt Putman_ _8/1/19_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: _You Were Seen 7/19/19 by Dr. Smith for evaluation on wheelchair. Dr. Smith would No physical limitation requiring a wheelchair is noted in the imaging or physical Exam_ _R Owell 8/1/19_

_R Owell 8/1/19_ _Willie J Starr_ **Discrimination** 08/03/2019
Staff Signature & Date Returned   Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: X _____ Date: X _5-2-19_
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _R Owell 8/6/19_ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

(Exhibit Q-1)

IGTT420
3GH

Attachment IV

INMATE NAME: <u>Starr, Willie J.</u>        ADC #: <u>109194B</u>        GRIEVANCE #: <u>VSM19-02051</u>

CB 1/3

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(601) Your grievance from 07/31/19 was received and reviewed as well as your medical record to determine if medically necessary healthcare, as determined by your healthcare providers, has been provided to you. You submitted a grievance stating that you need a wheelchair to get around in your cell.

Review of your medical record shows that you were seen in provider sick call by Dr Smith for x-ray review and evaluation for wheelchair. Documentation shows " no physical limitation requiring a wheelchair is noted in the imaging or physical exam". Providers are authorized to order what they deem medically necessary based on their clinical judgement, because of this your grievance is without merit. You are encouraged to utilize the sick call process for all of your medical needs.

*Sondra Parker*

Received

SEP 2 3 2019

Deputy Director
Health & Correctional Programs

_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

| Sondra L Parker | 09/11/2019 |
|---|---|
| Title | Date |

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

(C.9)
9/25

I am being "Racially" and "Medically" Discriminated against, My disability
WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? An impairment that limit one major life
Activity is considered a disability; Major life activities (1) Caring for ones self (2) performing Manual
tasks, (3) Walking (4) Seeing (5) hearing (6) eating (7) Sleeping (8) Standing (9) lifting (10) Concentrating (11) Working.
I can not Stand (OR) Walk or lift heavy items. If an Inmate establishes he's been subjected to an Action
prohibited under this policy because of actual physical impairment whether or not the impairment limits a
Major life activity. This May include Medical Modification as proven necessary By appropriate Med-
ical together with Department personnel. Well I got the ADC Department to put in Safety Rail
in my Shower and around my Comode, I Still Cant Shower because I need a Shower Chair I cant stand
and I Cant Walk. Why are you'll Discriminating against me, when you'll have offorded my Naker'
With a Wheel Chair and he can Walk Just fine? (Anthony Holsenbach #134 728) Lives in Cell #use
next to me. But you denie me a Wheel Chair and a Shower chair and I cant Walk (OR) Stand up at a
Alse, Remember When you Say I Was (Seen) by Dr. Smith, don't Mean, I was examen by him, looking at me
Toes Not Count as an examination: My left knee is Still disfigured and Swollen but he relive me an
x-Ray on it; Ive lost Weight Just to help my self get up and down off the Comode and I Still can-
not reach the Sink to Wash my face and brush my teeth. A Wheel Chair Would really be a big
help in helping me take care of my self; a Shower Chair Would help me bath my self, I Still

have not, had a shower for over since along 2½ years will be (2½) 2½ months of dust in washing my self with a soapy tole the best I can with one hand reaching into the sink with Joss one hand: All I've asked for is a _shower Chair_, _Wheel Chair_, and a _MRI_ along with a visit to see Doctor Barnard Crowell the Doctor who done my Surgeries, he ma be able to get me back on my feet before its to late and I am Disabled for life, If that happins we all lose somehow.

ADC#: <u>109194</u>   Date <u>09/12/2019</u>

_____
Inmate Signature

Received

SEP 2 3 2019

Deputy Director
Health & Correctional Programs

(Exhibit Q-2)

*(Exhibit Q-3)*

IGTT430
3GD

Attachment VI

INMATE NAME: Starr, Willie J.          ADC #: 109194          GRIEVANCE#:VSM19-02051

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On July 31, 2019, you grieved you need a wheelchair. You stated you cannot walk, so a walker is no use to you. You stated you cannot stand or lift anything, constituting a disability.

The medical department responded, "Review of your medical record shows that you were seen in provider sick call by Dr Smith for x-ray review and evaluation for wheelchair. Documentation shows " no physical limitation requiring a wheelchair is noted in the imaging or physical exam". Providers are authorized to order what they deem medically necessary based on their clinical judgement, because of this your grievance is without merit. You are encouraged to utilize the sick call process for all of your medical needs."

Your appeal states you are being racially and medically discriminated against. You state an impairment that limits one major life activity is considered a disability, and you cannot walk or lift. You state you need a shower chair and wheelchair because your knee is still disfigured and swollen, you have lost weight, and you cannot get to the sink to brush your teeth or wash your face. You state you need a wheelchair, a shower chair, an MRI, and a visit with Dr. Crowell because he did your surgeries and may be able to help before you are disabled for life.

According to the grievance policy, an appeal cannot raise new or additional issues or complaints.

As noted by the medical department, Dr. Smith evaluated you on July 19, 2019 and determined there was no physical limitation that would require a wheelchair.

You have been seen for your complaints and treated as deemed appropriate and clinically indicated based upon your provider's medical judgment; therefore, this appeal is without merit.

_____          _____
Director          Date          11/1/19

(Exhibit R)

601   CB1/20

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _Varner Unit_

Name _Willie Starr_

ADC# _109194_   Brks # _1-20_   Job Assignment _B/U_

Head Administration of Varner Unit, Unit 1, Classification

| FOR OFFICE USE ONLY | |
|---|---|
| GRV. # | VSM 19-02070 |
| Date Received: | 8-14-19 |
| GRV. # | 19 AUG 1 AM 7:03   44020 |

_07/31/19_ (Date) STEP ONE: Informal Resolution (Discrimination against my Disability!)

_08/03/19_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _The Warden Said he don't have time to worry over one inmate, but he made sure the white inmate in one cell_
____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for routine problems that are not of serious nature. If you marked yes, give this completed form to the designated problem-solving staff, who will get the attached emergency receipt. In an Emergency, state why: _got all he wanted, a hand, capped cell and he can shower, I can't shower and I have to climb up on the commode and my bed_
Is this Grievance concerning Medical or Mental Health Services? _Not either burden on medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how **you** were affected. (Please Print): _Act 28 of 2011. #12-09. The facilities Shall Comply with the Handicapped Accessiblity Standards by Arkansas Building Authority. My disability limit a major life activity @ Caseing for myself I have not had a Shower Since 05/24/19, That's (69) days with out a Shower. A Back injury Stopped my legs from working, I have Written four request to the Classification Committee on 06/28/19 Addressed to Ms. F Washington, Asking to be put in a Cell for my Handicap but I got no Kind of cesponce: Major life Activities @ Walking @ Sleeping @ Standing @ Concentration @ Thinking @ Working @ lifting. AD 12-09 States if a inmate establishes that he has been Subjected to an Action prohibited under this policy because of an actual Physical impairment Whether the impairment limits Major life activity, I have been Sliding around on hands and Butt because I Cant Stand or @ Walk. This Administration has Ignored my request for equal protection; Last Week I was on the Classification list, but because I can't walk, Joseph P. Mahoney told the officers to just leave me, Therefore dening me any Chance to Make relevant Statement to the Ckss Committee about my Medical Condition and how it is getting Worse, I Cant Stand or Walk, I Cant Use a Walker, because my legs are of No Use, I Need a Wheel Chair._

Inmate Signature _Willie Starr_        Date _07/31/2019_

_If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on ____ (date), and determined to be Step One and/or an Emergency Grievance ____ (Yes or No). This form was forwarded to medical or mental health? ____ (Yes or No). If yes, name of the person in that department receiving this form: _Howell_   Date _8/1/19_

_S. Huffman_        _94004_        _S. Huffman_        _8-4-19_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: _You were seen by Dr Smith 7/19/19 for evaluation on WheelChair. Dr Smith noted one physical limitation requiring a Wheel Chair. Howell 8/1/19_

_Howell 8/1/19 "Discrimination" Willie Starr_
Staff Signature & Date Returned        Inmate Signature & Date Received _08/03/2019_

This form was received on ____ (date), pursuant to Step Two. Is it an Emergency? ____ (Yes or No).
Staff Who Received Step Two Grievance: X_Nat Bailey_    Date X _8-3-19_
Action Taken: ____ (Forwarded to Grievance Officer/Warden/Other) Date: ____
If forwarded, provide name of person receiving this form: ____ Date: ____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two

(Exhibit R-1)

CB1 103

IGT410
GGS

Attachment III

INMATE NAME: Starr, Willie J.          ADC #: 109194B          GRIEVANCE #: VSM19-02070

### WARDEN/CENTER SUPERVISOR'S DECISION

Act 98 of 2011; #12-09. The facilities shall comply with the Handicapped Accessiblity Standards by Arkansas Building Authority. My disability limit a major life activity (1) caring for myself I have not had a shower since 05/24/19, that's (69) days without a shower. A back injury stopped my legs from working, I have written 4 request to the classification committee on 10/28/19 addressed to Ms. F Washington asking to be put in a cell for my handicap but got not kind of response: Major life activities (3) Walking (4) Sleeping (5) Standing (6) Concentrating (7) Thinking (8) Working (9) Lifting. AD 12-09 states if a inmate establishes that he has been subjected to an action, prohibited under this policy because of an actual physical impairment whether the impairment limits major life activity. I have been sliding around on hands and butt because I can't stand (or) walk. This administration has ignored my request for equal protection; Last week I was on the classification list, but because I can't walk, Joseph P. Mahoney told the officers to just leave me, therefore dening me any chance to make relevant statement to the class committee about my medical condition and how it is getting worse, I can't stand or walk. I cant use a walker, because my legs are of no use, I need a wheel chair

In response to your grievance, you have been issued a walker for mobility & moved to a handicapped cell in order to meet daily needs. Therefore, I find your issue resolved.

Signature of Warden/Supervisor or Designee          RECEIVED          Title          Date 8/22/19

SEP 04 2019
INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION APPEAL

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? Why Would any Person With good Sence issue you a Walker, When you Can not stand or Walk?? I Cant Walk So how is a Walker for mobility. And the Cell I Was moved to dont meet Nothing (1) There are No Rails for Suport, (2) No Rails for Shower (3) No Rails to help me get on/off Comde (3) No Rails to help me Use the Sink to Wash face (OR) to even get a drink of Water. Now as far as this Shower goes, I Wont Set on the Floor over (OR) Next too the Draining System I have enough Health problem as it is and I Wont put my health in any more danger then it's already at. (4) Give me the Shower Chair and Wheel Chair as Medically needed (OR) Show Me Why the White Man Can get these Medical Needs taking care of and not the Old Black Man!

ADC#: 109194          Date 08/20/2019

Inmate Signature Willie J Starr

In mate Next door to me has a Wheel Chair and he Can Walk good.

(99)

IGT,T410          Page 1 of 1

(Exhibit R-2)

IGTT430
3GD

Attachment VI

INMATE NAME: Starr, Willie J.       ADC #: 109194       GRIEVANCE#:VSM19-02070

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On 07/31/2019, you stated the following complaint: "Act 98 of2011; #12-09. The facilities shall comply with the Handicapped Accessiblity Standards by Arkansas Building Authority. My disability limit a major life activity (1) caring for myself I have not had a shower since 05/24/19, that's (69) days without a shower. A back injury stopped my legs from working, I have written 4 request to the classification committee on 10/28/19 addressed to Ms. F Washington asking to be put in a cell for my handicap but got not kind of response: Major life activities (3) Walking (4) Sleeping (5) Standing (6) Concentrating (7) Thinking (8) Working (9) Lifting. AD 12-09 states if a inmate establishes that he has been subjected to an action, prohibited under this policy because of an actual physical impairment whether the impairment limits major life activity. I have been sliding around on hands and butt because I can't stand (or) walk. This administration has ignored my request for equal protection; Last week I was on the classification list, but because I can't walk, Joseph P. Mahoney told the officers to just leave me, therefore dening me any chance to make relevant statement to the class committee about my medical condition and how it is getting worse, I can't stand or walk. I cant use a walker, because my legs are of no use, I need a wheel chair"

The Warden responded to your grievance on 08/22/2019 by stating the following: "In response to your grievance, you have been issued a walker for mobility & moved to a handicapped cell in order to meet daily needs. Therefore, I find your issue resolved" *A Walker I Can't Use, and*

Your appeal was received on 09/04/2019. After review of your appeal and supporting documentation, I find that I concur with the Warden's decision. Your appeal is without merit.

Appeal denied. *Moved to a Cell thats not Handicapped, it has no Saffy Rails around the Comode (OR) Shower (OR) Sink!*

_____          9-9-19
Director                          Date

(29)
SJP/S

**Health and Safty**

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center _Varner Unit (VSM)_

Name _Willie J. Starr_

ADC# _109194_ Brks # _J-03_ Job Assignment _____

| FOR OFFICE USE ONLY |
|---|
| GRV. # _VSm19-02183_ |
| Date Received _9-3-19_ |
| GRV. Code _203_ |

08/27/19 (Date) STEP ONE: Informal Resolution **Cell Not Handicapped Accessible!**

09/30/19 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Dr. Smith has been mis-led by Ms bland and Ms Nurse Jones, So I've been Made to_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _Suffer at her hands, Iam denied Any Medical help; Iam denied any Medical equipment that I need..._

*Is this Grievance concerning Medical or Mental Health Services?* _/ /_ *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _To Classification Committer;_

_To. VSM Building Majors and Captains. This Cell is Supose to Be Handicaped Ready, Well its Not! it has No Safty Rails and I have No Shower Chair; I Cant Stand there for I Need a Shower Chair. I Need these Rails to help me get on and Off the Comode! I have Suffered Now Sence 08/2/19, Ive Suffered in Siline's But Iam Study hurting MySelf and thats got to Stop before I end up Breaking My Neck, Ive already Hurt my neck a few times in falls Already ._

_Willie Jr Starr_ _____ 08-27-2019

Inmate Signature _____ Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _Nancy Johnson_ Date _8-27-19_

_C. A Burkhe_ _58439_ _Signature_ _8-26-19_

PRINT STAFF NAME (PROBLEM SOLVER) ID Number Staff Signature Date Received

Describe action taken to resolve complaint, including **dates**: _Your Actt Request for Shower Chair was denied 6/21/19 by Dr. Smith. Housing Concerns are an ADC issue, Please address with MC Russell 8/28/19_

WS-ADC has No issue, With the Chair, Man right next to me has Shower Chair and Wheel Chair? Willie Starr

_Staff Signature & Date Returned_ _X____ _8/24/19_ Inmate Signature & Date Received 08/30/2019

This form was received on _____ (date), pursuant to (**Step Two**) Is it an Emergency? _X____ (Yes or No).

Staff Who Received Step Two Grievance: _X Ser_ Date: _X___ 8/30/19

Action Taken: SEP - 3 2019 _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

**WARDEN GRIEVANCE**

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

(Exhibit S-1) 8/1/03

IGTT410
3GS

Attachment III

INMATE NAME: Starr, Willie J.          ADC #: 109194B          GRIEVANCE #: VSM19-02283

### WARDEN/CENTER SUPERVISOR'S DECISION

In response to your grievance, you state, To Classification Committee; To. VSM Building Major's and Captain's. This cell is suppose to be handicapped ready well its not it has no safty rails and I have no shower chair, I cant stand therefore I need a shower chair. I need these rails to help me get on and off the commode! I have suffered now sence 05/21/19, Ive suffered in siline's but I am study hurting myself and that's got to stop before I end up breaking my neck, Ive already hurt my neck a few times in falls already.

You have been afforded a walker to help with your mobility and moved to a handicapped cell in order meet your daily needs. According to infirmary Dr. Smith has denied your request for shower chair. Therefore, if you have medical issue you may place a sick call to infirmary.

Therefor I find this issue without merit.

RECEIVED
SEP 11 2019
INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

_____
Signature of Warden/Supervisor or Designee

Date 9/5/19

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

**WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?**

Americans With Disabilities Amendment Act; 12-09 Supersedes 09-19 Reference: Act 998 of 2011. Policy: It shall be the policy of ADC to provide procedures for prompt and equitable resolution of concerns or complaints alleging any acts of discrimination against inmates with a disability. The department does not deny the benefits of it programs activities and services to inmates with disabilities Whether its facilities are owned, leased or utilized by the Department. The facilities shall Comply with the Handicapped Accessibility Standards developed by Arkansas Building Authority. An GRIMol with Disabilities means inmates who have a physical or mental impairment that Substantially limits one of the Major life activities; or is regarded as having such impairment. An impairment that Substantially limits one Major life activity need not limit other Major life activities in order to be Considered a disability. If the impairment is episodic or in remission, it is a disability if it would substantially limit. Major life Activities - Caring for oneself, performing Manuel tasks; Walking, Sleeping, standing, lifting, Bending; Concentrating; Communicating [A Inmate establishes that he has been Subjected to an action Prohibited under this policy because of an actual or perceived physical impairment which the (A) Not the impairment limits or is perceived to limit a Major life activity. I have not had a Shower Since 05-24-2019. Can never get up on Comode on time, before useing the Bath Room on Myself, have No Rails to help me get up on Comode, cant Wash face, can't reach sink!

_____
Inmate Signature
ADC #: 109194
109194

Date 09/07/2019

(32)
vo/ IGTT410                    Page 1 of 1

(Exhibit S-2)

IGTT430
3GD

Attachment VI

INMATE NAME: Starr, Willie J.          ADC #: 109194          GRIEVANCE#:VSM19-02283

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On 08/27/2019, you stated the following complaint: "To Classification Committee; To. VSM Building Major's and Captain's. This cell is suppose to be handicapped ready well its not it has no safty rails and I have no shower chair, I cant stand therefore I need a shower chair. I need these rails to help me get on and off the commode! I have suffered now since 05/21/19, Ive suffered in siline's but I am study hurting myself and that's got to stop before I end up breaking my neck, Ive already hurt my neck a few times in falls already."

The Warden responded to your grievance on 09/05/2019 by stating the following: "You have been afforded a walker to help with your mobility and moved to a handicapped cell in order meet your daily needs. According to infirmary Dr. Smith has denied your request for shower chair. Therefore, if you have medical issue you may place a sick call to infirmary.

Therefor I find this issue without merit."

*A Walker to a person With no leg Movement is No Good to the person !!*

Your appeal was received on 09/11/2019. After review of your appeal and supporting documentation, I find that I concur with the Warden's decision. Your appeal is without merit.

Appeal denied. *A Handicapped Cell Would have (Safety Rails) to help you move around, in the Cell, this One had no Rails.*

Director _____     Date   9.25-19

*Communication We*
*10-23-2019*

*Denied Medical Attention!*

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center _Varner Unit (VSM)_ *to Warden 25 Co.*

Name _Willie J Start_ *+ Major 013*

ADC# _109194_ Brks # _1-03_ Job Assignment _____

FOR OFFICE USE ONLY

GRV. # _1902283_

Date Received: _08-03-2019_

GRV. Code #: _____

_08/27/19_ (Date) STEP ONE: Informal Resolution _Im being denied Medical Attentio_

_08/30/19_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Dr Smith Say he is going to Order lab - He Say I had Kidney Infection and that he would_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _Send me pills and Antibiotic on 08/30/2019_

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _Iam putting in the Sick Calls, They are taking the 3.11 Co pay. But they have not given me any medical Attention. They even Fake my medical visit, But let the truth be Shown I've Never had any close examination and all I've gotten is promise's and lies, But Iam the one laying Back here On this hard Concret. You'll have to Know my condition Cause of the Request & to Classification or the Grievance's. I refuse to Continue beg for What the ADC is Surpose to give me, The Infirmary Staff and Some ADC Staff Knows of my injuries because they Saw it happen. But beyond my Understand for some reason the Infirmary is Continuelly Denying me medical attention. My Back Went Out, Nather One of my legs has worked Sance. Medical Say an MRI cost to much So Iam out a luck, Well Federal, State and ADC promised us equal protection Under the law it Never Said you had to give MRI's to a Numer of White Inmates; Before you take on Another Black, RAPI Need is an MRI to find the problem and I Could be Walking again, but to Save Money they Weather See me Slide On this Concret on my hand and butt dragging my legs!_

_Willie J Start_ _____ _08-27-2019_
Inmate Signature _____ Date

If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_Eric Thoms_ _____ _____ _____
PRINT STAFF NAME (PROBLEM SOLVER) ID Number Staff Signature _____ Date Received
Describe action taken to resolve complaint, including dates: _____

_____ _____ _08/30/2019_
Staff Signature & Date Returned _____ Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two** Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: X _____ Date: X _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

*Exhibit - D*

*Never Re Sponded!*

Communication Issue?

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _____

Name _Willie Stacy_

FOR OFFICE USE ONLY
GRV. # _081019-02377_
Date Received: _09-13-2019_
GRV. Code #: _____

ADC# _109799_   Brks # _1-03_   Job Assignment _____

_____ (Date) STEP ONE: Informal Resolution _Denied treatment_ (_Discrimination_)

_09/12/19_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I got no response_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _The AR 833 this provision..._

Inmate Signature _Willie Stacy_   Date _09/09/2019_

_If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee._
**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____   Date _____

PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received
Describe action taken to resolve complaint, including **dates**: _____

Staff Signature & Date Returned   Inmate Signature & Date Received _09/12/2019_
This form was received on _9-12-19_ (date), pursuant to **Step Two**. Is it an Emergency? _NO_ (Yes or No).
Staff Who Received Step Two Grievance: X _____ Date: X _9-12-19_
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

*CB1/03*

*(Exhibit U-1)*

IGTT440
3GE

Attachment X

# GRIEVANCE EXTENSION

*Sent appeal off to Deputy Director for Heat and Correctional props on 10/30/2019 (Wednesday)*

TO INMATE:   Starr, Willie J.          ADC#:   109194
FROM:   Parker, Sondra L          TITLE:   Nursing Supervisor
DATE:   10/11/2019          GRIEVANCE #:   VSM19-02377

ADDITIONAL TIME IS NECESSARY IN ORDER TO:

gather additional information

YOU WILL RECEIVE COMMUNICATION FROM THIS OFFICE BY:   10/25/2019

This Extension is automatic unless you specifically disagree; If you agree to the extension then no action is required on your part. If you DO NOT agree to the extension, check DISAGREE, sign your name on the signature line, write your ADC#, and date this form, and return the orginal to this office. If you do not agree, you understand that, with your decision, NO FURTHER ACTION will be taken on this issue, you WILL NOT have exhausted your administrative remedies, and your grievance will be returned to you without a decision regarding its merit.

☐ DISAGREE   By disagreeing with this extension, I waive my right to have this grievance issue considered, and acknowledge I have not exhausted the grievance process as necessary to pursue a complaint.

ADC#: 109194 Date: _____

Inmate Signature

*Sondra Parker*

10/11/2019

Warden/Center Supervisor Signature          Date

Chief Deputy/Deputy/Assistant
Director/Director Signature          Date

*Starr (3/3)*

C801/0103

IGTT400
3GR

Sent 9/X0

Attachment II

Exhibit U-2

No Response

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Starr, Willie J.
FROM:  Redwood, Sandra
DATE:  09/13/2019

ADC #:  109194B
TITLE:  ADC Inmate Grievance Coord
GRIEVANCE #:  VSM19-02377

Please be advised, I have received your Grievance dated 09/09/2019 on 09/13/2019 .
You should receive communication regarding the Grievance by 10/11/2019

_E Hillard / S Redwood_
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

○ This Grievance will be addressed by the Warden/Center Supervisor or designee.

◉ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

○ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

□ This Grievance has been determined to be an emergency situation, as you so indicated.

○ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

○ This Grievance was REJECTED because it was either non-grievable (  ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

ADC#: 109194                    _____
                               Date

_____
Inmate Signature

10-11-2019

IGTT400                        Page 1 of 1

Exhibit V-3

IGTT405
3GT

Attachment V

No Response!!

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  Starr, Willie J.           ADC #:  109194B
FROM:  Griffin, Rory L                  TITLE:  Dep Dir for Hlth and Corr Svc
RE: Receipt of Grievance  VSM19-02377   DATE:  11/19/2019

Please be advised, the appeal of your grievance dated
09/09/2019
was received in my office on this date  11/19/2019

**You will receive communication from this office regarding this Grievance by**  01/07/2020

- ☐  The time allowed for appeal has expired
- ☐  The matter is non-grievable and does not involve retaliation:
    - ☐  (a) Parole and/or Release matter
    - ☐  (b) Transfer
    - ☐  (c) Job Assignment unrelated to medical restriction
    - ☐  (d) Disciplinary matter
    - ☐  (e) Matter beyond the Department's control and/or matter of State/Federal law
    - ☐  (f) Involves an anticipated event
- ☐  You did not send all the proper Attachments:
    - ☐  (a) Unit Level Grievance Form (Attachment 1)
    - ☐  (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    - ☐  (c) Did not give reason for disagreement in space provided for appeal
    - ☐  (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    - ☐  (e) Unsanitary form(s) or documents received
    - ☐  (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

Exhibit "D"

Grievance Office

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center VSM Varna SuperMax

Name Willie Starr

ADC# 109194   Brks # 1-03   Job Assignment

10/15/19 (Date) STEP ONE: Informal Resolution   Grievance Personals   Medical

10/17/19 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: I was told to send this to Infirmary for Communication on Medical Grievances:

(Medical), (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

---

*Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one:* (medical) *or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): Grievance personals, I have a number of past due Grievance's, due for Communication from Department of Dep Dir for Health and Correct Service, From "Mr. Rory L Griffin"!

(1) Griv # VSM-19-01677

(2) Griv # VSM-19-02377 → All past due for Communi-

(3) Griv # VSM-19-01769 → cation, Please respond!

(4) Griv # VSM-19-02283 has a Communication date of 10-23-2019:

Iam Sick and I Need Medical treatment (ASAP) I Can't Walk or Standup So the Sooner I get Communication the Better..

Inmate Signature Willie J Starr   Date 10-15-2019

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be (Step One) and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

X Henn   x 8780   x Hten   x 10/15/19
PRINT/STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: Per Ms. Thompson all grievances on medical you must send a request to medical to provide an answer to their lived grievances.

OCT 17

Kennedy 10/17/19   Willie Starr 10/17/2019
Staff Signature & Date Returned   Inmate Signature & Date Received

This form was received on _____ (date), pursuant to (Step Two). Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: X _____ Date: X 10-17-19
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ 10/21/19 Date: _____

---

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; (**ORIGINAL**) Given back to Inmate after Completion of Step One and Step Two.

ADCF-15   www.aclcatalog.com

10/17/19

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _VSM_

Name _Willie Starr_

ADC# _109109_  Brks # _1-03_  Job Assignment _____

| FOR OFFICE USE ONLY |
| --- |
| GRV. # _VSM-19-02746_ |
| Date Received: _10/21/2019_ |
| GRV. Code #: _____ |

_10/15/19_ (Date) STEP ONE: Informal Resolution

_10/17/19_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I was told to Send_
_this to Infirmary for Communication on Medical Grievance?_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

---

_Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _Grievance personel, I have a number_
_of past due Grievance's, due for Communication from Department of_
_Dep Dir for Health and Correct Service, From Ms. Kerry L. Griffin_
_(1) Griv # VSM-19-01677 /_
_(2) Griv # VSM-19-02377 /All past due for Communi-_
_(3) Griv # VSM-19-01769 / cation, plese respond /_
_(4) Griv # VSM-19-02283 has a Communication date of 10-23-2019,_
_Iam Sick and I Need medical treatment A (ly) I can't Walk(er) thandup the_
_Sooner I get Communication the Better._

Inmate Signature _Willie J Starr_    Date _10-15-2019_

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._
**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _____ (date), and determined to be Step One and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____   Date _____

X_____    _____   X_____   X_____
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature (WS)   Date Received
Describe action taken to resolve complaint, including dates: _As Ms. Thompson all grievances of_
_medical nature are to be Sent to Medical to provide an answer to their_
_own grievances._

Staff Signature & Date Returned _Kennedy 10/17/18_   Inmate Signature & Date Received _Willie Starr 10/17/2019_
This form was received on _____ (date), pursuant to **Step Two.** Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: X_____   Date: X_____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____   Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15



IGTT410
3GS

Attachment III

INMATE NAME: <u>Starr, Willie J.</u>          ADC #: <u>109194B</u>          GRIEVANCE #: <u>VSM19-02746</u>

WARDEN/CENTER SUPERVISOR'S DECISION

In response to your grievance, you state, Grievance personals I have a number of past due grievance's due for communication from Department of Dr. Dir for health and correct service, From "Mr. Rory L. Griffin"! (1) GRIV. # VSM-19-01766, (2) GRIV # VSM-19-02Records s377, (3) vsm19-01769, (4) GRIV # 19-02283 All past due for communication, please respond! Has a communication date of 10-23-2019: I am sick and I need medical treatment (ASAP) I can't walk (or) standup so the sooner I get communication the better.

Records show three (3) of the above grievances are medical issues, which has been Acknowledged and Responded too by the Medical Department. Grievance #VSM19-02283 has been Acknowledged, Responded and Appealed. Therefore you have received all responding documentation. If you have any medical issue you may place in a sick call to infirmary.

Therefore, I find this issue without merit.

_____          _____          _____
Signature of Warden/Supervisor or Designee          Title          Date

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?




ADC#: <u>109194</u>          _____
                                   Date

_____
Inmate Signature



ARKANSAS DEPARTMENT OF CORRECTION
## Medical Restrictions/Limitations/Special Authorization(s)        **MSF-207**

| PART 1 - RESTRICTIONS: | RESTRICT INMATE FROM: |
|---|---|
| | ☐ Restrict from assignment requiring strenuous physical activity in excess of hours per day. Allow 10 minute break after each hour. |
| | ☐ Restrict from assignment requiring prolonged crawling, stooping, running, jumping, walking, or standing, in excess of  hours per day. Allow 10 minute break after each hour. |
| | ☐ Restrict from assignment requiring lifting of heavy materials in excess of lbs; and/or overhead work in excess of  hours per day. Allow 10 minute break after each hour. |

| PART 2 - LIMITATIONS: | INMATE REQUIRES: |
|---|---|
| * | ☐ Bed Rest    days. Reason: |
| | ☐ No Duty    days. Reason: |
| | ☐ No Yard Call    days. Reason: |
| | ☐ No Sports    days. Reason: |
| | ☐ One Arm/Hand Duty    days. |

| PART 3 - AUTHORIZATIONS: | INMATE IS AUTHORIZED TO: |
|---|---|
| | ☐ Report to the Infirmary for Special Treatments( ) |
| | ☐ Soak: |
| | ☐ Exercise: |
| | ☐ Other: |
| | ☐ Bathe in the Infirmary |
| | ☐ Sitz Bath |
| | ☐ Cast |
| | ☐ Other: |
| | ☑ Have in Possession: |
| | ☐ Cane |
| | ☐ Crutches |
| | ☐ Brace: (describe briefly) |
| | ☐ Prescribed Footwear: |
| | ☐ Orthopedic Appliance: (describe briefly) |
| | ☑ Other: walker |
| * | ☐ Go to Dining/Pill Window/Shower Only |

This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Starts:   07/25/2019    05:56:00 PM
This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Ends:   07/23/2020    05:56:00 PM

**Name:** Starr, Willie J.
**DOB:** 05/26/1966
**ADC#:** 109194

Aaron M Smith

Distribution: Original - Medical Jacket

*(Exhibit W-1)*

ARKANSAS DEPARTMENT OF CORRECTION
**Medical Restrictions/Limitations/Special Authorization(s)     MSF-207**

| | |
|---|---|
| **PART 1 - RESTRICTIONS:** | **RESTRICT INMATE FROM:** |
| | ☒ Restrict from assignment requiring strenuous physical activity in excess of  hours per day. Allow 10 minute break after each hour. |
| | ☐ Restrict from assignment requiring prolonged crawling, stooping, running, jumping, walking, or standing, in excess of  hours per day. Allow 10 minute break after each hour. |
| | ☒ Restrict from assignment requiring lifting of heavy materials in excess of  lbs; and/or overhead work in excess of  hours per day. Allow 10 minute break after each hour. |
| **PART 2 – LIMITATIONS:** | **INMATE REQUIRES:** |
| | * ☐ Bed Rest   days. Reason: |
| | ☐ No Duty   days. Reason: |
| | ☐ No Yard Call   days. Reason: |
| | ☐ No Sports   days. Reason: |
| | ☐ One Arm/Hand Duty   days. |
| **PART 3 – AUTHORIZATIONS:** | **INMATE IS AUTHORIZED TO:** |
| | ☐ Report to the Infirmary for Special Treatments( |
| | ☐ Soak: |
| | ☐ Exercise: |
| | ☐ Other: |
| | ☐ Bathe in the Infirmary |
| | ☐ Sitz Bath |
| | ☐ Cast |
| | ☐ Other: |
| | ☑ Have in Possession: |
| | ☐ Cane |
| | ☐ Crutches |
| | ☐ Brace: (describe briefly) |
| | ☐ Prescribed Footwear: |
| | ☐ Orthopedic Appliance: (describe briefly) |
| | ☑ Other: WHEELCHAIR |
| | * ☐ Go to Dining/Pill Window/Shower Only |

*(handwritten: Another Doctor Gave me a Wheel Chair !! Good !!)*

This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Starts:   10/25/2019   11:44:00 AM
This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Ends:   02/24/2020   11:44:00 AM

*(signature)*

_____
William P Scott

Distribution: Original - Medical Jacket

**Name:** Starr, Willie J.
**DOB:** 05/26/1966
**ADC#:** 109194

*Dr. William P. Scott*

W 2| C

VSM maintenance

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center (VSM) Varner Un. 4

Name Willie J. Starr

ADC# 109194   Brks # 1-03   Job Assignment ~~Maintenance problems~~

FOR OFFICE USE ONLY

GRV. # VSM19-02917

Date Received: 11-4-19

GRV. Code #: 508

10/29/19 (Date) STEP ONE: Informal Resolution → (Housing Conditions)!

11/01/19 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: Maintenance say they worked on My roof to Stop leak, but on 11-01-19 My roof leaked eleven

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: My Wall into My Bed Again and also on My floor and Table! This leak is messing up My Bed Covers...

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On June 25th I was Moved to (1-BR) later I was Moved to a handicaped Cell due to the fact I Can't Walk. The problem is that every time the inmate above me turn on his shower, water leaks through his floor down my Wall into my Bed and my floor. I waited Since June 25th for Maintenance to fix this Problem. (5) Five Months of leaking up in water! I've Shown this problem to Countless of people over the past (2) months trying to get help in getting the problem fixed - Officers, Nurses, Maintenance men Mr. Kennedy, Sgt. Jones, Cpt. Taylor! When Maintence put in this bar on the shower for Safty on 09/09/2019, The free World Maintence Man promised to have it fix that Week, that was 50 days ago. This water has messed up my Bed Covers, Blanket and Sheets! I Need this leak Fixed, it has Caused me Many Wet, Sleepless Cold Nights! I Can Not Walk or Stand which Makes it hard to Maintain a Cell With leaking Walls/roof that Wets your Bed and Keeps you up at Night Cold and no Covers to keep warm!! Please Fix this leak its been (5) months!

Willie J. Starr                    10/29/2019

Inmate Signature                    Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be Step One and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

Kennedy            416780        Kennedy              10/29/19
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature          Date Received

Describe action taken to resolve complaint, including **dates**: Per Mr. James placed silicone around floor and above cell.

Silicone Did not Work.

Kennedy 10/31/19                    Willie J. Starr    11/01/2019
Staff Signature & Date Returned     Inmate Signature & Date Received

This form was received on _____ (date), pursuant to Step Two. Is it an Emergency? X _____ (Yes or No).
Staff Who Received Step Two Grievance: X Scott Lewis _____ Date: X 11-1-19
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two

ADCF-15

IGTT410
3GS

Attachment III

(Exhibit X-1)

INMATE NAME: <u>Starr, Willie J.</u>        ADC #: <u>109194B</u>        GRIEVANCE #: <u>VSM19-02917</u>

### WARDEN/CENTER SUPERVISOR'S DECISION

(white) On June 25th I was moved to (1-BK later I was moved to a handicapped cell due to the foot I cn't walk. The problem is that every time the inmate above me turn on his shower, water leaks through his floor down on my wall into my bed and my floor. I waited on since June 25th for maintenance to fix this problem(5) five months of waking up in water/ I've shown this problem to countless of people over the past (5! month trying to get help in getting the problem fixed - officers, nurses, Maintenances men, Ms Kennedy, Sgt Jones, Capt Taylor! When Maintence put in this bar on the shower for safty on 09/09/2019, the free world Maintence man promised to have it fix that week, that was 50 days ago: This water has messed up my bed covers, blanket and sheets: I need this leak fixed. it has caused me many"WET" sleepless, Cold nights! I cannot wake up & stand which makes it hard to maintain a cell with leaking walls and no covers to keep me warm!! Please fix this leak its been (5) months

In response to your grievance, Maintenance advised the ceiling was checked for leaks in cell #103, but found no problem, on October 31, 2019. Maintenance sealed floor in #129 to prevent ceiling leaks in cell #103 on October 9, 2019. Maintenance has received request for routine check of ceiling in cell #103 and the floor in #129 for preventative measures. Therefore, I find your grievance without merit.

_____
Signature of Warden/Supervisor or Designee

_____
Title    Deputy Warden

_____
Date    12/5/19

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

ADC#: <u>109194</u>     _____
                                    Date

_____
Inmate Signature



IGTT410                                    Page 1 of 1

C, Dr. Halon Smith                     Exhibit Z

DC HEALTH SERVICE REQUEST FORM                    MSF-202 C    revised 2013

| Name (Last, First, MI): | ADC #: | Date of birth: | Barracks: | Date of Request: |
|---|---|---|---|---|
| Starr   Willie  J | 109194 | 5-26-66 | 1-03 | 01/01/2020 |

Job Assignment: I Need an (X-Ray) On my left hip and my Knee's they Continue to hurt and I've been on Ibuprofen 400 mg two Weeks Now.

Description of the problem: This pain in my back, hip; and Knees Just Won't easy up! I Can't even turn Over in bed, the pain is Worse I am Stiff all the time in my back and it's Only gotten Worse this past Month...

I consent to be treated for the above problem. I understand that in accordance with the Department of Correction's policy, I will be charged for healthcare services through the deduction of any payment or charges from my resident account and that if I have insufficient funds to cover the charges the amount of the co-pay will be posted to my outstanding debt.

The Pain Keeps me down I can't hardly Move and i can't pick up anything, to touch my feet OR legs...

INMATE'S SIGNATURE: Willie J Starr        DATE: 01/01/2020

*************************************************************************

**FOR MEDICAL USE ONLY**

FACILITY NAME: Varner Unit

DATE RECEIVED BY MEDICAL DEPT: _____

PRIORITY 1 :See within 24 hours- emergent need ☐     PRIORITY 3:See within 72 hours- routine request ☐

PRIORITY 2: See within 48 hours- urgent need ☐     PRIORITY 4: Face-to-face visit not needed; respond to request in writing ☐

DATE TRIAGED: _____ TRIAGED BY: (NAME) _____ (TITLE) _____

**If the EHR is unavailable, enter nursing sick call notes in this area:**

| Vital Signs: BP | Pulse | Temp | Resp | Wt |
|---|---|---|---|---|

Protocol Used:

Subjective:

Objective:

Assessment:

Plan:

Education:

Refer to: [ ] Physician    [ ] Mid-level    [ ] Mental Health    [ ] Dental    [ ] Other (List):

Medical Staff Name:

Medical Staff Signature:        Title:        Date/time:        Unit:

Inmate Name:        ADC #:        Date of Birth:

:CC

(My Copic)



Varner Unit (VSM)
P.O. Box 400
Grady, Arkansas
          71644

ADC
NE
UNIT

NEOPOST
01/13/2020
US POSTAGE $008.75º

PRIORIT MAIL

ZIP 71643
041M11450898

PRIORITY MAIL
UNITED STATES POSTAL SERVICE
For Domestic and International Use
Label 107R May 2014
TRACKED INSURED

To. U.S. District Court Clerk's Office
    U.S. post office & Courthouse
    600 West Capitol #A149
    Little Rock, Arkansas
                72201-3325