"Statement of Claim"
"Necessity"

Case: 4:20-cv-00064-JM-JTK

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 11 2020
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

WILLIE J STARR ADC#109194
VARNER SUPERMAX
ARKANSAS DEPARTMENT OF CORRECTION
POST OFFICE BOX 400
GRADY AR 71644-0400

(Ruiz V Estella 503 F.Supp 1265 (Sp Tex 1980))

I object to a dismissel of the members of Classification Committee members because in my Complaint I made it clear all the factual matter's, and the Claim upon which relief can be granted. The facts is that the Classification Committee members Violated my Rights by (1) They Violated the Americans With Disabilities Act, (ADA). I am of a mind to "except" a dismissel of Defendants (James Gibson warden) and Nurse (Amy Jones LPN) But the Others are all member of Classification Committee and I wrote them a number of Request for Interview and sent them to (Ms. F. Washington)(1) (Major B. Carroll)(2) To Warden (James Shipman)(3) and (Captain S. Taylor)(4). These four officer's I talked to in Classification, I sent them all Request for Inter View's explaining my problem with Cell #20. I couldnt walk or stand up on my own, Therefore I could not take a shower, I had to slide on my Butt useing my hands to dragg my useless legs. I could not get upon the toilet and so I shit and pissed myself on more then two occasion, I explained all this to the Classification Committee and asked to be moved to a handicapped cell. I was taken to Classification in a Retrant Chair because I couldn't walk, they knew my problem and they still sent me back to a cell that was not Handicapped Accessibility (see) Grievance #(vsm) 19-01605 Exhibit-H. (see) Exhibit I Grievance to Major's "No One Would

(Miller V. Long 384 F.3d 1248 11th Cir 2004) (1) of (3) (Simmons V. Cook 154 F.3d 805 (8th Cir 1998)

(Weeks V. Crybordy 984 F.2d 185 (6th Cir 1993))

Case: 4:20-cv-00064-JM-JTK

WILLIE J STARR ADC#109194
VARNER SUPERMAX
ARKANSAS DEPARTMENT OF CORRECTION
POST OFFICE BOX 400
GRADY AR 71644-0400

Take it to Step two, They made me promise's that they would get me some help, but no one did. (See) Exhibit-L, Grievance to all Head figur's Concerning my Health and Safety. Notice its to <u>Warden's</u>, <u>Classification Committee</u>, <u>Major's</u>, <u>Captains</u>, these are all people who ran the Classification Committee. Each time I was carried to Classification, I begged Ms. F. Washington to move me to a handicapped Cell because of my disabilities. She always promised that she would, but didn't do it. On **07/19/2019** I took a fall trying to get up for Diabetic Shot Call; I knocked my left hip out of place trying to get down from the toilet. Still they would not move me, I told them I needed a <u>Shower Chair</u>, they never gave me one. Went to Classification again on **08/06/2019**, Asked for a handicapped Cell, <u>Ms. Washington/Warden Shipman/Major Carroll/and Capt Taylor</u> was all there and I told them about my falls and how I had hurt my hip and Both my <u>Knee's</u>. They promised to move me, and didn't do it! Sick Call got me no where, no help from anyone. Then they moved me to <u>Cell-1-03</u> and <u>it was not handicapped Accessible</u>, plus I had a bad <u>leak</u> runing water into my bed so I was forced to sleep on the floor. To day is **01/30/2020** and my wall still leaks water into my bed Space, I have to take my Bath towel and get the water up every time the Inmate up above me Shower's by the time the Maintence Men got to my Cell to put in Safety Bars, I was all busted up and (now) <u>I can hardly slide out of bed onto my Stack of Books, and into the Wheel Chair</u>. Still I have not had a <u>Shower</u> Since 05/24/2019 But no one Cares; On the 16th of October, 2019 I was Supose to go to Classification But because I could not walk, I was left in my Cell - They refused me my

(2) of (3)

60-day review because they didn't want to hear any more of my complaints. To this day, 01/30/2020 I am still cleaning water off my table and on the block I sleep on. (See) Grievance #VSM-19-01785 Also See Grievance #VSM-19-02070, Classification Committee continued to discriminate against my Disability. But Act 98 of 2011 AD 12-09 Stated the facilities Shall Comply with the Handicapped Accessibility Standards by Arkansas Building Authority. The whole Classification Committee knew about me sliding around in these cells and they did nothing to help me get off the floor. And when I complained about the cold air in my cell OR the leaking water running down my walls, Captain S. Taylor laughed at me and walked out of Classification room. Also (See) Exhibit-S, griev #VSM 19-02283 about the cell not being Handicapped Accessible! Cell not Handicapped Accessible: Also (See) Exhibit X grievance about my (Housing Conditions) #(VSM) 19-02917 and still to this very day I have to clean up water leak that run's down my wall on to my bed and table. When I tell any one from Classification they just walk away and say we will handle it...

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct to the best of my knowledge, understanding and belief.

Executed on this 30th day of January, 2020.

Willie Starr

Willie L. Starr #109194
Signature(s) of plaintiff(s)

(Cummings V. Roberts 628
F 2nd 1065 (8th Cir 1980))    (3) of (3)

Case: 4:20-cv-00064-JM-JTK   Document #: 7-0   Date Filed: 01/27/2020