# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

WILLIE J STARR,                                                                        PLAINTIFF
ADC #109194

V.                                  4:20CV00064-JM-JTK

ESTELLA BLAND, et al.                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Parker, Gibson, Shipman, Carroll, Washington, Jones, and Taylor are dismissed, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 12th day of February, 2020.

                                                            _____
                                                            JAMES M. MOODY, JR.
                                                            UNITED STATES DISTRICT JUDGE