### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

WILLIE J. STARR,
ADC #109194                                                                                                                   PLAINTIFF

4:20CV00064-JM-JTK

ESTELLA BLAND, et al.                                                                DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a _de novo_ review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Partial Summary Judgment on the issue of exhaustion (Doc. No. 43) is GRANTED in part, and DENIED with respect to the Gabapentin claim.

IT IS SO ORDERED this 21st day of July, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE