IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WILLIE J. STARR,
ADC #109194                                                                                           PLAINTIFF

4:20CV00064-JM-JTK

ESTELLA BLAND, et al.                                                                           DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1) Defendants' Motion for Summary Judgment (Doc. No. 68) is GRANTED;

2) Plaintiff's constitutional and ADA claims are DISMISSED with prejudice;

3) Plaintiff's state law claims are DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 20th day of April, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE