FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 30 2021

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Case: 4:20-cv-00064-JM

WILLIE J STARR ADC#109194
OUACHITA RIVER UNIT
ARKANSAS DIVISION OF CORRECTION
POST OFFICE BOX 1630
MALVERN AR 72104

4:20-CV-00064-J.M.-JTK

Notice of Appeal in Case #4:20-CV-00064-JM...

---

This Notice is to inform the District Court Eastern District of Arkansas, Central Division that I entend to Appeal this Case that was dismissed by: James M. Moody, On: 4-20-2021.
                                                              Judge

To: Clerk; United States District Court
        Clerk's Office
    Richard Sheppard Arnold U.S. Courthouse
    600 West Capitol Avenue   Suite A-149
    Little Rock, Arkansas    72201-3325

---

From: Willie J. Starr #109194
      Ouachita River Correctional Unit
      Post Office Box 1630
      Malvern, Arkansas
              72104

Willie J. Starr #109194
Ouachita River Correctional Unit
Post Office Box 1630
Malvern, Arkansas
72104

Legal Mail

Clerk, United States District Court
Clerk's office
Richard Sheppard Arnold U.S. Courthouse
600 West Capitol Avenue Suite A-149
Little Rock, Arkansas 72201-3325