(Post. 2/27/13)

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WILLIE J STARR
(PLAINTIFF)

vs.   Case No.   4:20-CV-00064-JM

ESTELLA BLAND, et al.
(DEFENDANTS)

## APPEAL DEFICIENCY NOTICE

The appellant in this instant case has failed to comply with the Appeal Filing Fee Notice which was issued on 4/30/2021.

Dated this 2nd day of June, 2021.

JAMES W. McCORMACK, CLERK

By:   A. Temple
Deputy Clerk