# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**WILLIE J. STARR,**                                                                          **PLAINTIFF**
**ADC #109194**

v.                       Case No. 4:20CV00064-JM-JTK

**ESTELLA BLAND,** *et al*.                                                             **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 3rd day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE